UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> MANUEL MENDES, <br> CHRISTOPHER T. CUSTER, <br> CARMEN FIGUEROA, <br> DESIREE ALVES, <br> WILLIAM TEJEDA, and <br> JENNIFER PAVAO, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Crim. No. 04-10098-WGY <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT WILLIAM TEJEDA'S NOTICE OF JOINDER IN SUBSTANTIVE MOTIONS OF CO-DEFENDANTS

Defendant William Tejeda hereby gives notice of his joinder in the substantive motions of his co-defendants insofar as those motions assert positions that apply to Mr. Tejeda.

Respectfully Submitted,

WILLIAM TEJEDA

By his attorneys,

Respectfully Submitted,
**/s/ David J. Apfel**

David J. Apfel (BBO # 551139)
Jennifer W. Fischesser (BBO # 651480)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617-570-1000
Dated: March 17, 2005                    dapfel@goodwinprocter.com

LIBA/1483638.3