UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MANUEL MENDES, | ) |
| CHRISTOPHER T. CUSTER, | ) Crim. No. 04-10098-WGY |
| CARMEN FIGUEROA, | ) |
| DESIREE ALVES, | ) |
| WILLIAM TEJEDA, and | ) |
| JENNIFER PAVAO, | ) |
| | ) |
| Defendants. | ) |

## **DEFENDANT WILLIAM TEJEDA'S MOTION TO SUPPRESS EVIDENCE SEIZED FROM LOCKER AND STATEMENTS PURPORTEDLY MADE**

Pursuant to the Fourth and Fifth Amendments of the United States Constitution, defendant William Tejeda hereby moves this Court to suppress evidence seized from his locker following his arrest on March 16, 2004 and to suppress post-arrest statements made to government agents during custodial interrogation. As grounds for this motion, Mr. Tejeda states that the search that resulted in the seizure was conducted without a warrant and was not justified by any exigency. Furthermore, the search was not lawfully incident to his arrest. The post-arrest statements likewise must be suppressed because they were made in response to custodial interrogation without adequate *Miranda* warnings and without a *Miranda* waiver. Additionally, Mr. Tejeda's post-arrest statements must be suppressed because his drug induced state rendered his statements unknowing, unintelligent, and involuntary.

As further grounds for this motion, Mr. Tejeda submits the accompanying Affidavit and Memorandum of Law.

> Respectfully Submitted,
>
> WILLIAM TEJEDA
>
> By his attorneys,
>
> **/s/ David J. Apfel**
>
> David J. Apfel (BBO # 551139)
> Jennifer W. Fischesser (BBO # 651480)
> GOODWIN PROCTER LLP
> Exchange Place
> Boston, MA 02109-2881
> 617-570-1000
> dapfel@goodwinprocter.com

Dated March 17, 2005

LIBA/1484310.2