UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | |
| MANUEL MENDES, CHRISTOPHER T. CUSTER, CARMEN FIGUEROA, DESIREE ALVES, WILLIAM TEJEDA, and JENNIFER PAVAO, | ) ) ) ) ) ) ) ) | Crim. No. 04-10098-WGY |
| Defendants. | ) ) | |

### DEFENDANT WILLIAM TEJEDA'S MOTION TO SEVER

Pursuant to the Due Process and Confrontation Clause provisions of the United States Constitution, the teachings of *Bruton v. United States*, 391 U.S. 123 (1968), and its progeny, and Fed. R. Crim. P. 14, defendant William Tejeda hereby moves to sever his trial from that of his five co-defendants. As grounds for this motion, Mr. Tejeda states that his trial must be severed from that of co-defendant Custer because Mr. Custer's post-arrest statement to authorities is tantamount to naming Mr. Tejeda as the individual who supplied him with cocaine. Furthermore, Mr. Tejeda's trial must be severed from that of *all* of his co-defendants because the clear and unbreakable ties between and among the co-defendants – but not Mr. Tejeda – create an undue risk that Mr. Tejeda will be found guilty by association. In addition, prejudicial evidence that the government apparently intends to attempt to introduce against co-defendants Mendes and Custer pursuant to Fed. R. Evid. 404(b) creates an undue risk that Mr. Tejeda will be implicated in prior drug transactions, which have nothing to do with the crime with which he has been charged.

As further grounds for this motion, Mr. Tejeda submits the accompanying Memorandum of Law, which has been filed under seal with the Clerk's office pursuant to the Protective Order dated April 9, 2004 and filed with the Court on May 17, 2004.

    Respectfully Submitted,

    WILLIAM TEJEDA

    By his attorneys,

    **/s/ David J. Apfel**

    David J. Apfel (BBO # 551139)
    Jennifer W. Fischesser (BBO # 651480)
    GOODWIN PROCTER LLP
    Exchange Place
    Boston, MA 02109-2881
    617-570-1000

Dated March 17, 2005    dapfel@goodwinprocter.com

LIBA/1485069.1