B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MANUEL MENDES, )<br>CHRISTOPHER T. CUSTER, )<br>CARMEN FIGUEROA, )<br>DESIREE ALVES, )<br>WILLIAM TEJEDA, and )<br>JENNIFER PAVAO, )<br>)<br>Defendants. )<br>) | Crim. No. 04-10098-WGY |

## AFFIDAVIT OF WILLIAM TEJEDA IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE SEIZED FROM LOCKER AND STATEMENTS PURPORTEDLY MADE

I, William Tejeda, hereby state as follows:

1. I am a defendant in this case. I was arrested on Tuesday, March 16, 2004 while I was working my regular shift as an elevator operator in a building on Madison Avenue in New York City.

2. During my shift, my supervisor told me that some people wanted to talk to me so I took the elevator down to the basement.

3. As I got off the elevator, I was arrested by approximately four to six law enforcement officers. They shoved me against the wall and handcuffed me.

4. I reviewed the DEA Report about my arrest. I did not say that I understood my rights like the Report says.

5. I was not shown or asked to sign any waiver form.

6. While I worked in the building on Madison Avenue, there was a locker assigned to me in the basement changing room.

7. A very long hallway separates the changing room from the area where I was arrested outside the elevator.

8. At the time that I was arrested, I could not reach the items in my locker and the items in my locker were not in my control.

9. The agents opened the locker and removed car keys, a pager, a cell phone and $1,309 in cash from the pockets of my clothing inside my locker.

10. I reviewed the DEA Report about my arrest. The keys, pager, cell phone and $1,309 in cash were not on my person at the time of my arrest like the Report says.

11. I was nervous, afraid and intimidated by the number of agents at my workplace and by their behavior.

12. The agents took me to a law enforcement facility and put me in a room with approximately four or five officers.

13. At the facility, the officers did not advise me of my rights or ask me to sign any waiver form.

14. The officers questioned me for approximately forty minutes to an hour. During this time they got mad at me and insulted me, including calling me a "stupid ass."

15. The officers would not let me speak to my wife, who kept calling my cell phone. They said things like they would let me talk to my wife if I told them what they wanted to hear, or if I took them to where they could find more drugs.

16. I reviewed the DEA Report about what happened after I was taken to the law enforcement facility. I did not make the statements that the Report says I made.

Signed under the pains and penalties of perjury this _16_ day of March, 2004.

*William Tejeda*
William Tejeda

LIBA/1479743.2