| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**   Category No. __II__   Investigating Agency __DEA__

**Related Case Information:**

County __Barnstable__
Superseding Ind./ Inf. __Yes__   Case No. __04-10098-WGY__
Same Defendant __YES__   New Defendant _____
Magistrate Judge Case Number __04M-1038__
Search Warrant Case Number __04M-1041 to 1044__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __William Tejeda__   Juvenile: ☐ Yes  ☐ No
Alias Name _____
Address __1234 Boston Road, Bronx, New York__

Birthdate: __00-00-76__   SS # __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__   Sex: __M__   Race: __Hispanic__   Nationalit _____

Defense Counsel if known: __David Apfel__   Address __Goodwin Proctor, LLP, 53 State Street__
Bar Number _____   __Boston, MA 02109__

**U.S. Attorney Information:**

AUSA __Susan M. Poswistilo__   Bar Number if applicable _____

Interpreter: ☐ Yes  ☐ No   List language and/or dialect: _____

Matter to be SEALED:   Yes   x  No

Warrant Requested   x   Regular Process   ☐ In Custody

**Location Status:**

Arrest Date __March 16, 2004__

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by: __USMJ Dein__   on __April 19, 2004__

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   X Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __April 20, 2005__   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   William Tejeda

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 all defendantsSuperseding.wpd - 2/7/02

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**   Category No. __II__   Investigating Agency __DEA__

City _____

County __Barnstable__

**Related Case Information:**

Superseding Ind./ Inf. __YES__   Case No. __04-10098-WGY__
Same Defendant __YES__   New _____
Magistrate Judge Case Number __04M-1038__
Search Warrant Case Number __04M-1041 TO 1044-JGD__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Desiree Alves__   Juvenile: ☐ Yes ☐ No

Alias Name _____

Address __299 Camp Street, Yarmouth, MA__

Birthdate __00-00-80__   SS # __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__   Sex: __F__   Race __Black__   Nationalit _____

Defense Counsel if known: __Page Kelly__   Address __Federal Defender's Office__

Bar Number _____   __408 Atlantic Ave, Boston, 02210__

**U.S. Attorney Information:**

AUSA __Susan M. Poswistilo__   Bar Number if applicable _____

Interpreter:   ☐ Yes   X☐ No   List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   X☐ No

☐ Warrant Requested   X Regular Process   ☐ In Custody

**Location Status:**

Arrest Date __March 16, 2003__

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:  Ordered by: __USMJ Dein__ on __March 19, 2004__

Charging Document:   Complaint   ☐ Information   X Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☐ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __4/20/05__   Signature of AUSA: _____

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Desiree Alves

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**  Category No. __II__    Investigating Agency __DEA__

County __Barnstable__

Related Case Information:
Superseding Ind./ Inf. __YES__    Case No. __01-10098-WGY__
Same Defendant __Yes__    New __x__
Magistrate Judge Case Number __04M-1038__
Search Warrant Case Number __04M-1041 to 1044-JGD__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Carmen Figueroa__    Juvenile: ☐ Yes  x No
Alias Name _____
Address __90 Sandwich Road, Bourne, MA__
Birthdate __00-00-79__  SS # __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__  Sex: __F__  Race __Black__  Nationalit _____
Defense Counsel if known: __John LaChance__    Address __600 Worcester Rd., Suite 501__
Bar Number _____    __Framingham, MA 01701__

**U.S. Attorney Information:**

AUSA __Susan M. Poswistilo__    Bar Number if applicable _____

Interpreter: ☐ Yes  X☐ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes  X☐ No

☐ Warrant Requested    X Regular Process    ☐ In Custody

**Location Status:**

Arrest Date __March 16, 2004__

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
X On Pretrial Release: Ordered by: __USMJ Dein__  on  __March 19, 2004__

Charging Document:    Complaint    ☐ Information    X Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☐ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

✍ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __4/20/05__    Signature of AUSA: _[signature]_

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     Carmen Figueroa

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**     **Category No.** II     **Investigating Agency**   DEA

                                              **Related Case Information:**

**County**   Barnstable     **Superseding Ind./ Inf.**  YES      **Case No.**  04-10098-WGY
                            **Same Defendant**  YES              **New** _____
                            **Magistrate Judge Case Number**   04M-1038
                            **Search Warrant Case Number**  04M-1041 to 1044-JGD
                            **R 20/R 40 from District of** _____

**Defendant Information:**

**Defendant Name**   Christopher T. Custer         **Juvenile:**  ☐ Yes   X No

**Alias Name** _____

**Address**   18 Murphy Road, Hyannis, MA

**Birthdate**  1977    **SS #**  9115    **Sex:**  M   **Race**  Caucasion   **Nationalit** _____

**Defense Counsel if known:**   Mark D. Smith         **Address**  15 Broad Street, Ste. 600

**Bar Number** _____                                           Boston, MA 02109

**U.S. Attorney Information:**

**AUSA**   Susan M. Poswistilo          **Bar Number if applicable** _____

**Interpreter:**    ☐ Yes  X☐ No     **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes  X☐ No

   ☐ Warrant Requested      X Regular Process         ☐ In Custody

**Location Status:**

**Arrest Date**   March 16, 2004

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:  Ordered by:   USMJ Pitman (SDNY)   on   4/22/04

**Charging Document:**      Complaint    ☐ Information      X Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   ☐ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  4/20/05       Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Christopher T. Custer

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

JS 45 (5/97) - (Revised U.S.D.C MA 2/7/02)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** II     **Investigating Agency** DEA

City _____

**Related Case Information:**

**County** Barnstable

Superseding Ind./ Inf.  YES     Case No.  04-10098-WGY
Same Defendant  YES     New Defendant _____
Magistrate Judge Case Number  04-1038 and 04M-1049
Search Warrant Case Number  04M-1041 through 1044-JGD
R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  Manuel Lamont Mendes     Juvenile:  ☐ Yes  ■ No
Alias Name  _____
Address  Plymouth House of Correction
Birthdate: 1975    SS # 0354    Sex: Male    Race: CVR    Nationalit _____

**Defense Counsel if known:**  Thomas J. Ford     Address  141 Tremont Street, Ste. 400
Bar Number _____     Boston, MA 02111

**U.S. Attorney Information:**

AUSA  Susan M. Poswistilo     Bar Number if applicable _____

**Interpreter:**  ☐ Yes  ■ No     List language and/or dialect: _____

**Matter to be SEALED:**  ☐ Yes  ■ No

☐ Warrant Requested     ☐ Regular Process     X In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
■ Already in State Custody at  ~~MCI Cedar Junction~~    ■ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ■ Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    ■ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

■   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/20/05     Signature of AUSA _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Manuel Lamont Mendes

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS 45 MendesSUPERSEDING.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** II      **Investigating Agency** DEA

City  _____

County  Barnstable

**Related Case Information:**
Superseding Ind./ Inf.  YES     Case No.  04-10098-WGY
Same Defendant  YES     New Defendant  _____
Magistrate Judge Case Number  04M-1049
Search Warrant Case Number  04M1041 to 1044-JGD
R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  Jennifer Pavao     Juvenile: ☐ Yes   X No

Alias Name  _____

Address  153 Bacon Road, Hyannis MA

Birthdate:  00/00/78   SS #  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   Sex:  F   Race:  Caucasion   Nationalit _____

**Defense Counsel if known:**  Michael Andrews     Address  21 Customs House Street, Ste. 920

Bar Number  _____     Boston, MA 02110

**U.S. Attorney Information:**

AUSA  Susan M. Poswistilo     Bar Number if applicable  _____

**Interpreter:** ☐ Yes  X☐ No     List language and/or dialect:  _____

**Matter to be SEALED:**   Yes   ☐X No

    Warrant Requested    X    Regular Process     ☐ In Custody

**Location Status:**

Arrest Date  3/16/04

☐ Already in Federal Custody as of  _____ in  _____
☐ Already in State Custody at  _____   ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release: Ordered by:  USMJ Pitman (SDNY)   on   March 17, 2004

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty  ____    ☐ Misdemeanor  ____    ☐ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  4/20/05     Signature of AUSA: _____

JS 45  (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Jennifer Pavao

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 PavaoSuperseding.wpd - 2/7/02