UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 04-10098-WGY |
| ) | |
| CARMEN FIGUEROA and ) | **FILED *EX PARTE* AND UNDER SEAL** |
| WILLIAM TEJEDA, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT WILLIAM TEJEDA'S *EX PARTE* MOTION TO IMPOUND

Pursuant to Local Rule 7.2, defendant William Tejeda hereby moves this Court for leave to file this Motion and his *Ex Parte* Motion for Funds to Engage an Expert Witness *ex parte* and under seal. As grounds for this Motion, Mr. Tejeda states as follows:

1.  Section 3.03 of the Guidelines for the Administration of the Criminal Justice Act provides that "[e]x *parte* applications for services other than counsel under subsection (e) [of the Criminal Justice Act, 18 U.S.C. § 3006A] shall be heard *in camera*, and shall not be revealed without the consent of the defendant. The application shall be placed under seal until the final disposition of the case in the trial court, subject to further order of the court."

2.  It is necessary for Mr. Tejeda to file his *Ex Parte* Motion for Funds to Engage an Expert Witness under seal in order to preclude the government from invading defense counsel's work product and/or from unnecessarily learning of Mr. Tejeda's trial strategy.

WHEREFORE, Mr. Tejeda respectfully requests that this Motion be allowed, permitting him to file this Motion and his *Ex Parte* Motion for Funds to Engage an Expert Witness *ex parte* and under seal.

Respectfully Submitted,

WILLIAM TEJEDA

By his attorneys,

David J. Apfel (BBO # 551139)
Jennifer W. Fischesser (BBO # 651480)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617-570-1000
dapfel@goodwinprocter.com

Dated: May 9, 2005

LIBA/1537406.1