UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 04-10098-WGY |
| CARMEN FIGUEROA and | ) |
| WILLIAM TEJEDA, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT WILLIAM TEJEDA'S MOTION FOR A NEW TRIAL

Pursuant to Fed. R. Crim. P. 33, defendant William Tejeda hereby moves for a new trial. Mr. Tejeda's right to due process and a fair trial was irreparably compromised in three ways, each independently amounting to a miscarriage of justice. First, the throat-slitting gesture that two jurors reportedly observed and that they then discussed with all the other jurors, tainted the jury and made it impossible for the jurors to decide the case based solely on the evidence presented. Second, the Court's denials of Mr. Tejeda's motions to sever his trial from that of co-defendant Figueroa and its denials of Mr. Tejeda's motions to bifurcate his case-in-chief from that of Ms. Figueroa subjected Mr. Tejeda to severe and undue prejudice flowing from her antagonistic cross-examination testimony. Third, the spillover prejudice Mr. Tejeda suffered from the pervasive testimony about the violence and brutality of Manuel Mendes and others associated with the Mendes family – beginning with the first line of the government's opening statement – unfairly associated Mr. Tejeda with that viciousness and unduly heightened the jury's condemnation of Mr. Tejeda. In addition, in combination with one another these three grounds for relief had a synergistically prejudicial effect. Thus, even if no one of the grounds

2

standing alone would be sufficient to require a new trial, the three in combination surely are sufficient.

As further grounds for this motion, Mr. Tejeda submits the accompanying Memorandum of Law in Support of His Motion for a New Trial.

                                      Respectfully Submitted,

                                      WILLIAM TEJEDA

                                      By his attorneys,

                                      **/s/ David J. Apfel**

David J. Apfel (BBO # 551139)
Jennifer W. Fischesser (BBO # 651480)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617-570-1000
dapfel@goodwinprocter.com

Dated May 27, 2005

LIBA/1549945.1

2