UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> CARMEN FIGUEROA and </br> WILLIAM TEJEDA, </br></br> Defendants. | Crim. No. 04-10098-WGY |

## DEFENDANT WILLIAM TEJEDA'S MOTION FOR FUNDS FOR TRIAL TRANSCRIPT

Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, defendant William Tejeda hereby moves that this Court authorize the expenditure of up to Three Thousand Five Hundred Dollars ($3,500.00), or such other amount as may be required, to obtain a complete transcript of the trial in the above-captioned case as well as a transcript of the hearing on Mr. Tejeda's pre-trial suppression motions.  In support of this Motion, Mr. Tejeda states:

1.     Mr. Tejeda was charged in a superseding indictment with one count of conspiracy to possess, with the intent to distribute, cocaine base.  He and co-defendant Carmen Figueroa were tried and convicted on this charge.  Voir dire was conducted on May 2, 2005 and 14 jurors were selected.  The trial began on May 4, 2005 and concluded on May 20, 2005.

2.     The hearing on Mr. Tejeda's pre-trial suppression motions began on May 3, 2005 and was continued on May 4 and May 10, 2005.

3.     The transcripts will prove helpful in preparation for the hearing on Mr. Tejeda's Motion for New Trial, which has been scheduled for July 21, 2005.  In addition, the transcripts

will be necessary if the Motion for New Trial is denied and Mr. Tejeda is then required to go forward with sentencing and an appeal to the First Circuit Court of Appeals.

  4. Mr. Tejeda requests that the Court grant the prior authorization that is required for him to obtain a transcript of the trial that includes voir dire, opening statements, closing arguments and jury instructions.  *See* Instructions for Completing CJA Form 24: Authorization and Voucher for Payment of Transcript, Item 14C ("In the absence of special prior authorization, trial transcripts shall exclude the prosecution opening statement, the defense opening statement, the prosecution argument, the defense argument, the prosecution rebuttal, the voir dire and jury instructions.").

  5. Mr. Tejeda further requests that the trial transcript include the individual voir dire of the jurors conducted on May 9-10, 2005, the colloquy concerning the question posed by the jury on May 18, 2005, and the delivery of the verdict and the defendants' post-verdict motions, including Mr. Tejeda's Motion to Continue Conditions of Release Pending Sentencing, on May 20, 2005.

  6. Undersigned counsel has been informed by Court Reporter Donald Womack that significant portions of the trial transcript have already been ordered by other counsel, and that Mr. Tejeda will be charged only the copying rate for those portions of the trial transcript.

  7. Mr. Womack estimates that the cost of the complete trial transcript to Mr. Tejeda will be approximately Two Thousand Five Hundred Dollars ($2,500.00).  Mr. Tejeda requests that an additional One Thousand Dollars ($1,000) be authorized to cover the cost of the transcript of the hearing on his pre-trial motions to suppress.

WHEREFORE, Mr. Tejeda respectfully requests that the Court authorize the expenditure of up to Three Thousand Five Hundred Dollars ($3,500), or such other amount as may be required, to enable him to obtain a complete trial transcript and a transcript of the hearing on his pre-trial suppression motions.

Respectfully Submitted,

WILLIAM TEJEDA

By his attorneys,

**/s/ David J. Apfel**

David J. Apfel (BBO # 551139)
Jennifer W. Fischesser (BBO # 651480)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617-570-1000
dapfel@goodwinprocter.com

Dated: June 15, 2005

LIBA/1554635.2