051005pf.txt

                                                                    1

1          UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF MASSACHUSETTS
2
                                     Criminal No.
3                                    04-10098-WGY

4
    * * * * * * * * * * * * * * * *
5                                  *
    UNITED STATES OF AMERICA        *
6                                  *   VOIR DIRE OF
    v.                              *   JUROR NO. 1
7                                  *
    CARMEN FIGUEROA and             *
8   WILLIAM TEJEDA                  *
                                    *
9   * * * * * * * * * * * * * * * *

10

11

12
            BEFORE:  The Honorable William G. Young,
13                        District Judge

14

15

16  APPEARANCES:

17          SUSAN M. POSWISTILO and NANCY RUE,
        Assistant United States Attorneys, 1 Courthouse
18      Way, Suite 9200, Boston, Massachusetts 02210, on
        behalf of the Government
19
            JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
20      Suite 501, Framingham, Massachusetts 01702, on
        behalf of Carmen Figueroa
21
            GOODWIN PROCTER, LLP (By David J. Apfel,
22      Esq. and Jennifer W. Fischesser, Esq.), Exchange
        Place, Boston, Massachusetts 02109-2881, on behalf
23      of William Tejeda

24                                    1 Courthouse Way
                                      Boston, Massachusetts
25
                                      May 10, 2005

                                                                    2

1           (Prior proceedings not transcribed.)

2           (Whereupon the juror entered the courtroom.)

                              Page 1

051005pf.txt

3    THE CLERK:  Sit right here, please.  This is Juror
4  No. 1.
5             INQUIRY BY THE COURT OF THE JUROR
6  Q    And you understand you're still under the juror oath
7  here?
8  A    Yes.
9  Q    All right.  Evidently on the first day of trial last
10 Wednesday --
11 A    Uh-huh.
12 Q    -- I'm told something happened here in the courtroom.
13 It wasn't the taking of evidence, didn't have to do with the
14 trial, but something happened.  And then we didn't sit on
15 Thursday, it was reported to me on Friday.  I made mention
16 of the matter to all the jurors at the end of the break on
17 Friday.
18       Do you know what I'm talking about?
19 A    Yes, I do.
20 Q    Okay.  Tell me what you saw or what was said in the jury
21 room about such an incident?
22 A    Ah, one of the jurors reported, ah, a gesture.  And, ah,
23 so we talked about it and decided that, ah, it probably
24 wasn't like a hello or whatever, and that it was best that
25 we tell the judge.

                                                            3

1  Q    And indeed it was.  What kind of a gesture?
2  A    (Indicating.)
3  Q    All right.  What was said about that by anyone in the
4  jury room?
5  A    That it was very disconcerting to the people who had
6  seen it.

051005pf.txt

7   Q   Is that what people themselves said?
8   A   Yes.
9   Q   How many people said they had seen it?
10  A   Two.
11  Q   And what did you make of it?
12  A   Ah, I suggested that, you know, that was something that
13  you should be aware of, ah, that certainly that was not
14  appropriate behavior in the court.
15  Q   Are you satis -- what do you make of my comments
16  afterwards?
17  A   Ah, fine.
18  Q   Has there been any further discussion of this matter?
19  A   No.
20  Q   Let me ask you: Do you think that you can be fair, fair
21  to the government, fair to Ms. Figueroa, fair to Mr. Tejada,
22  fair and just to all of the parties in the trial?
23  A   Yes.
24  Q   Do you relate this gesture to anything going on in the
25  trial?

4

1   A   Ah, I'm assuming it was someone that one of the
2   defendants knew. But since I didn't see the gentleman, I
3   couldn't say, no.
4   Q   All right. I'm asking everybody, so don't talk to the
5   others about the questions I ask any of the jurors.
6           Thank you very much.
7   A   Thank you.
8           (Whereupon the juror left the courtroom.)
9
10

Page 3

```
                            051005pf.txt
11                      C E R T I F I C A T E
12
13
14          I, Donald E. Womack, Official Court Reporter for
15     the United States District Court for the District of
16     Massachusetts, do hereby certify that the foregoing portions
17     are a true and accurate transcription of my shorthand notes
18     taken in the aforementioned matter to the best of my skill
19     and ability.
20
21
22
                       _____
23                            DONALD E. WOMACK
                            Official Court Reporter
24                             P.O. Box 51062
                       Boston, Massachusetts 02205-1062
25                          womack@megatran.com
```