050205pf.txt

1

```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

                                              Criminal No.
                                              04-10098-WGY


      * * * * * * * * * * * * * * *
                                  *
      UNITED STATES OF AMERICA     *
                                  *   TRIAL TRANSCRIPT
      v.                           *      (Volume 1)
                                  *       Excerpt)
      CARMEN FIGUEROA and          *
      WILLIAM TEJEDA               *
                                  *
      * * * * * * * * * * * * * * *




              BEFORE:  The Honorable William G. Young,
                             District Judge




      APPEARANCES:

              SUSAN M. POSWISTILO and NANCY RUE,
         Assistant United States Attorneys, 1 Courthouse
         Way, Suite 9200, Boston, Massachusetts 02210, on
         behalf of the Government

              JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
         Suite 501, Framingham, Massachusetts 01702, on
         behalf of Carmen Figueroa

              GOODWIN PROCTER, LLP (By David J. Apfel,
         Esq. and Jennifer W. Fischesser, Esq.), Exchange
         Place, Boston, Massachusetts 02109-2881, on behalf
         of William Tejeda

                                          1 Courthouse Way
                                          Boston, Massachusetts

                                          May 2, 2005
```

2

```
  1        THE CLERK:  All rise.  Court is in session, please
  2   be seated.
```

Page 1

050205pf.txt

3    THE COURT: All right. Mr. Tejeda, do you want to
4  go on or go to trial, sir?
5    MR. APFEL: Mr. Tejeda is going to go to trial,
6  your Honor.
7    THE COURT: Very well. I think then it makes
8  sense, we have a trial of two defendants, Mr. LaChance, come
9  on up to counsel table. We'll send for the jury.
10    MR. APFEL: Your Honor, one thing before you ask
11  for the jury. I would, this is somewhat unexpected as you
12  understand, but I would ask under the circumstances with
13  only two defendants left in the case that Mr. Tejada's case
14  be severed from that of Ms. Figueroa.
15    THE COURT: Motion is denied. We'll call for the
16  jury.
17    THE CLERK: I did. They're on their way.
18    THE COURT: Oh, fine. I'll remain on the bench.
19    Now, your client had a motion to suppress,
20  Mr. Apfel. Under the circumstances I treat that as waived.
21  Do you understand?
22    MR. APFEL: I do not, your Honor. And my view is
23  that we have two motions to suppress that are pending.
24    THE COURT: And they are? One about the car.
25    MR. APFEL: One is a motion to suppress evidence

3

1  that has been seized.
2    THE COURT: Yes, the car.
3    MR. APFEL: And one is a motion to suppress
4  statements that were made by Mr. Tejeda.
5    THE COURT: At that time.
6    MR. APFEL: Subsequent to his arrest.

050205pf.txt

7  THE COURT: Understand.
8  Well, there's something to that, Ms. Poswistilo. I
9  think I have to hear that. So I don't think I will swear
10 the jury today. We'll just pick them, not swear them,
11 entertain the motion to suppress tomorrow, see where we
12 stand, and start taking evidence on Wednesday. All right.
13  MR. APFEL: Your Honor, may I be heard on the
14 motion to sever. I believe that Ms. Figueroa is, the nature
15 of the defense as I understand it that she's going to
16 proffer will require her to I believe take, take the stand.
17 She is going to acknowledge her own involvement in this
18 conspiracy including pointing the finger at her
19 co-defendant. Her defense being that she effectively was
20 acting in this conspiracy involuntarily, under the influence
21 of, of Manny Mendes, who has already pled guilty. Under the
22 circumstances this would be enormously, irreversibly
23 prejudicial to Mr. Tejeda.
24  THE COURT: But --
25  MR. APFEL: And I would ask that --

4

1  THE COURT: But his constitutional rights are
2  safeguarded. You'll have the right to cross-examine her.
3  If all of those things play out. That's not a ground for
4  severance. There's no inconsistent defense here. Motion is
5  denied.
6  (Further proceedings not transcribed.)
7
8           C E R T I F I C A T E
9
10

```
                              050205pf.txt
11            I, Donald E. Womack, Official Court Reporter for
12     the United States District Court for the District of
13     Massachusetts, do hereby certify that the foregoing portions
14     are a true and accurate transcription of my shorthand notes
15     taken in the aforementioned matter to the best of my skill
16     and ability.
17
18
19
20
21                      _____
                             DONALD E. WOMACK
22                          Official Court Reporter
                                P.O. Box 51062
23                      Boston, Massachusetts 02205-1062
                              womack@megatran.com
24
25
```