```
1                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
2
                                          Criminal No.
3                                         04-10098-WGY

4
     * * * * * * * * * * * * * * * *
5                                   *
     UNITED STATES OF AMERICA       *
6                                   *
     v.                             *   PRETRIAL CONFERENCE
7                                   *
     MANUEL LAMONT MENDES            *
8    CHRISTOPHER CUSTER              *
     CARMEN FIGUEROA                 *
9    DESIREE ALVES                   *
     WILLIAM TEJEDA                  *
10   JENNIFER PAVAO                  *
                                     *
11   * * * * * * * * * * * * * * * *

12            BEFORE:  The Honorable William G. Young,
                              District Judge
13

14
     APPEARANCES:
15
              SUSAN M. POSWISTILO, Assistant United
16       States Attorney, 1 Courthouse Way, Suite 9200,
         Boston, Massachusetts 02210, on behalf of the
17       Government

18            THOMAS J. FORD, ESQ., 141 Tremont Street,
         Suite 400, Boston, Massachusetts 02111, on behalf
19       of the Manuel Lamont Mendes

20            LAREDO & SMITH, LLP (By Mark D. Smith,
         Esq.), 15 Broad Street, Suite 600, Boston,
21       Massachusetts 02109, on behalf of Christopher
         Custer
22

23
                                     1 Courthouse Way
24                                   Boston, Massachusetts

25                                   April 6, 2005
```

**A P P E A R A N C E S** (Cont'd)

    JOHN H. LaCHANCE, ESQ., 600 Worcester Road, Suite 501, Framingham, Massachusetts 01702, on behalf of Carmen Figueroa

    FEDERAL DEFENDER'S OFFICE (By Page Kelley, Esq.), 408 Atlantic Avenue, Third Floor, Boston, Massachusetts 02210, on behalf of Desiree Alves

    GOODWIN PROCTER, LLP (By David J. Apfel, Esq. and Jennifer W. Fischesser, Esq.), Exchange Place, Boston, Massachusetts 02109-2881, on behalf of William Tejeda

    LAW OFFICES OF MICHAEL C. ANDREWS (By Michael C. Andrews, Esq.), 21 Custom House Street, Suite 920, Boston, Massachusetts 02110, on behalf of Jennifer Pavao