UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| MANUEL MENDES, ) | |
| CHRISTOPHER T. CUSTER, ) | Crim. No. 04-10098-WGY |
| CARMEN FIGUEROA, ) | |
| DESIREE ALVES, ) | |
| WILLIAM TEJEDA, and ) | |
| JENNIFER PAVAO, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer L. Chunias, an associate at the law firm Goodwin Procter LLP, as an additional attorney for defendant William Tejeda in the above-captioned matter.

Respectfully Submitted,

**/s/ Jennifer L. Chunias**

David J. Apfel (BBO #551139)
Jennifer W. Fischesser (BBO #651480)
Jennifer L. Chunias (BBO #644980
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617-570-1000

Dated July 26, 2005

LIBA/1569500.1