UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal No. |
| | ) | 04-10098-WGY |
| v. | ) | |
| | ) | |
| **WILLIAM TEJEDA,** | ) | |
| | ) | |
| Defendant | ) | |

## GOVERNMENT'S MOTION TO CONTINUE
## SENTENCING PROCEEDING AS TO WILLIAM TEJEDA

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves the Court for a continuance of the portion of the sentencing proceeding involving William Tejeda ("Tejeda"), namely the issue regarding crack and cocaine base.

As the Court is aware, Tejeda intends to offer expert witness testimony in support of his contention that the government failed to prove that the controlled substance at issue was crack cocaine. If necessary, the government intends to put on a rebuttal expert witness. The government's witness, Jack Fasanello, is unavailable however, due to the fact that he is lecturing at an international conference on clan labs during the week of September 6 through 10, 2005. The conference will be attended by several hundred law enforcement personnel, all of whom specialize in clan lab investigations. Mr. Fasanello is presenting two papers at the conference: the first is a case study related to collection of trace evidence at a clan meth lab, and the second is on "Synthetic Narcotics."

Counsel for Mr. Tejeda does not object to a continuance, but stated that he prefers going forward on September 8, 2005. He also indicated that he does not believe that it will be necessary for the government to produce an additional witness.

WHEREFORE, the government requests that its motion be granted, and that the Court continues that portion of the sentencing proceeding that involves the issue of crack cocaine.

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                      By:   /s/ Susan M. Poswistilo
                          SUSAN M. POSWISTILO
                          Assistant U.S. Attorney