```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS

                                           Criminal No.
                                           04-10098-WGY

* * * * * * * * * * * * * * * *
                               *
UNITED STATES OF AMERICA       *
                               *   TRANSCRIPT OF
v.                             *   THE EVIDENCE
                               *    (Volume 3)
CARMEN FIGUEROA and            *
WILLIAM TEJEDA                 *
                               *
* * * * * * * * * * * * * * * *




              BEFORE:  The Honorable William G. Young,
                       District Judge, and a Jury




APPEARANCES:

         SUSAN M. POSWISTILO and NANCY RUE,
   Assistant United States Attorneys, 1 Courthouse
   Way, Suite 9200, Boston, Massachusetts 02210, on
   behalf of the Government

         JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
   Suite 501, Framingham, Massachusetts 01702, on
   behalf of Carmen Figueroa

         GOODWIN PROCTER, LLP (By David J. Apfel,
   Esq. and Jennifer W. Fischesser, Esq.), Exchange
   Place, Boston, Massachusetts 02109-2881, on behalf
   of William Tejeda

                                        1 Courthouse Way
                                        Boston, Massachusetts

                                        May 6, 2005
```

# **I N D E X**

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|

SEAN BALCOM, Resumed

   By Ms. Poswistilo  3

   By Mr. LaChance      37

   By Mr. Apfel          105

**EXHIBITS:**                     **FOR I.D.**   **IN EVID.**

| | | FOR I.D. | IN EVID. |
|---|---|---|---|
| M | Bag with Telephone | 4 | |
| 11 | Nextel Phone Records - Chris Custer | | 7 |
| 12 | K&S Telecom, Inc. Records | | 8 |
| 13 | T-Mobile Telephone Records | | 10 |
| 14 | Telephone Call Number 1046 | | 11 |
| N | Transcript | 11 | |
| 15 | Telephone Call Number 1052 | | 12 |
| O | Transcript | 12 | |
| 16 | Vehicle Registration | | 14 |
| P | Floppy Diskette for GPS | 26 | |
| 17 | Telephone Call Number 329 | | 28 |
| Q | Transcript | 28 | |
| 18 | Drugs | | 31 |
| 19 | Pouch and Envelopes | | 33 |
| 20 | Envelope | | 33 |
| 21 | Envelopes | | 34 |
| 22 | Mellon Bank Documents | | 35 |