```
 1              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
 2
                                    Criminal No.
 3                                  04-10098-WGY

 4
    *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
 5                                *
    UNITED STATES OF AMERICA       *
 6                                *
    v.                            *   HEARING
 7                                *
    MANUEL LAMONT MENDES           *
 8  CHRISTOPHER CUSTER             *
    WILLIAM TEJEDA                 *
 9  JENNIFER PAVAO                 *
                                  *
10  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

11

12            BEFORE:  The Honorable William G. Young,
                          District Judge
13

14
    APPEARANCES:
15
                SUSAN M. POSWISTILO, Assistant United
16        States Attorney, 1 Courthouse Way, Suite 9200,
          Boston, Massachusetts 02210, on behalf of the
17        Government

18                THOMAS J. FORD, ESQ., 141 Tremont Street,
          Suite 400, Boston, Massachusetts 02111, on behalf
19        of Manuel Lamont Mendes

20                LAREDO & SMITH, LLP (By Mark D. Smith,
          Esq.), 15 Broad Street, Suite 600, Boston,
21        Massachusetts 02109, on behalf of Christopher
          Custer
22

23
                                    1 Courthouse Way
24                                  Boston, Massachusetts

25                                  September 22, 2005
```

1                **A P P E A R A N C E S** (Cont'd)

2

3            GOODWIN PROCTER, LLP (By David J. Apfel,
        Esq., Jennifer L. Chunias and William J. Trach,
4       Esq.), Exchange Place, Boston, Massachusetts
        02109-2881, on behalf of William Tejeda
5
            LAW OFFICES OF MICHAEL C. ANDREWS (By
6       Michael C. Andrews, Esq.), 21 Custom House Street,
        Suite 920, Boston, Massachusetts 02110, on behalf
7       of Jennifer Pavao

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25