```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS

                                            Criminal No.
                                            04-10098-WGY

* * * * * * * * * * * * * * *
                              *
UNITED STATES OF AMERICA      *
                              *
v.                            *    TRIAL TRANSCRIPT
                              *       (Volume 13)
CARMEN FIGUEROA and           *
WILLIAM TEJEDA                *
                              *
* * * * * * * * * * * * * * *




            BEFORE:  The Honorable William G. Young,
                     District Judge, and a Jury




APPEARANCES:

          SUSAN M. POSWISTILO and NANCY RUE,
    Assistant United States Attorneys, 1 Courthouse
    Way, Suite 9200, Boston, Massachusetts 02210, on
    behalf of the Government

          JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
    Suite 501, Framingham, Massachusetts 01702, on
    behalf of Carmen Figueroa

          GOODWIN PROCTER, LLP (By David J. Apfel,
    Esq. and Jennifer W. Fischesser, Esq.), Exchange
    Place, Boston, Massachusetts 02109-2881, on behalf
    of William Tejeda

                                       1 Courthouse Way
                                       Boston, Massachusetts

                                       May 20, 2005
```