```
 1              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
 2
                                    Criminal No.
 3                                  04-10098-WGY

 4
    *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
 5                                   *
                                     *
    UNITED STATES OF AMERICA         *
 6                                   *
    v.                               *   MOTION HEARING
 7                                   *
    WILLIAM TEJEDA                    *
 8                                   *
    *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
 9


10


11
            BEFORE:  The Honorable William G. Young,
12                            District Judge


13


14


15  APPEARANCES:

16          SUSAN M. POSWISTILO and NANCY RUE,
        Assistant United States Attorneys, 1 Courthouse
17      Way, Suite 9200, Boston, Massachusetts 02210, on
        behalf of the Government

18

19          GOODWIN PROCTER, LLP (By David J. Apfel,
        Esq. and Jennifer W. Fischesser, Esq.), Exchange
20      Place, Boston, Massachusetts 02109-2881, on behalf
        of William Tejeda

21

22

23
                                1 Courthouse Way
24                              Boston, Massachusetts

25                              July 20, 2005
```