```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Criminal No.
 3                                        04-10098-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     UNITED STATES OF AMERICA       *
 6                                  *
     v.                             *   PRETRIAL CONFERENCE
 7                                  *
     MANUEL LAMONT MENDES           *
 8   CHRISTOPHER CUSTER             *
     CARMEN FIGUEROA                *
 9   DESIREE ALVES                  *
     WILLIAM TEJEDA                 *
10   JENNIFER PAVAO                 *
                                    *
11   * * * * * * * * * * * * * * * *

12            BEFORE:  The Honorable William G. Young,
                              District Judge
13

14
     APPEARANCES:
15
              SUSAN M. POSWISTILO, Assistant United
16      States Attorney, 1 Courthouse Way, Suite 9200,
        Boston, Massachusetts 02210, on behalf of the
17      Government

18            THOMAS J. FORD, ESQ., 141 Tremont Street,
        Suite 400, Boston, Massachusetts 02111, on behalf
19      of Manuel Lamont Mendes (NOT PRESENT)

20            LAREDO & SMITH, LLP (By Mark D. Smith,
        Esq.), 15 Broad Street, Suite 600, Boston,
21      Massachusetts 02109, on behalf of Christopher
        Custer
22

23
                                    1 Courthouse Way
24                                  Boston, Massachusetts

25                                  May 18, 2004
```

**A P P E A R A N C E S** (Cont'd)

JOHN H. LaCHANCE, ESQ., 600 Worcester Road, Suite 501, Framingham, Massachusetts 01702, on behalf of Carmen Figueroa

FEDERAL DEFENDER'S OFFICE (By Page Kelley, Esq.), 408 Atlantic Avenue, Third Floor, Boston, Massachusetts 02210, on behalf of Desiree Alves

GOODWIN PROCTER, LLP (By David J. Apfel, Esq. and Jennifer W. Fischesser, Esq.), Exchange Place, Boston, Massachusetts 02109-2881, on behalf of William Tejeda

LAW OFFICES OF MICHAEL C. ANDREWS (By Michael C. Andrews, Esq.), 21 Custom House Street, Suite 920, Boston, Massachusetts 02110, on behalf of Jennifer Pavao