```
 1                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
 2
                                             Criminal No.
 3                                           04-10098-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     UNITED STATES OF AMERICA       *
 6                                  *   MOTION TO SUPPRESS
     v.                             *      (Volume 3)
 7                                  *
     WILLIAM TEJEDA                 *
 8                                  *
     * * * * * * * * * * * * * * * *
 9

10

11
              BEFORE:  The Honorable William G. Young,
12                            District Judge

13

14

15

16   APPEARANCES:

17         SUSAN M. POSWISTILO and NANCY RUE,
     Assistant United States Attorneys, 1 Courthouse
18   Way, Suite 9200, Boston, Massachusetts 02210, on
     behalf of the Government
19
           GOODWIN PROCTER, LLP (By David J. Apfel,
20   Esq. and Jennifer W. Fischesser, Esq.), Exchange
     Place, Boston, Massachusetts 02109-2881, on behalf
21   of William Tejeda

22

23

24                                       1 Courthouse Way
                                         Boston, Massachusetts
25
                                         May 10, 2005
```

```
 1                          I N D E X
 2
        WITNESS:          DIRECT   CROSS    REDIRECT   RECROSS
 3
 4      ROBERT GARCIA
 5          By Ms. Poswistilo  3              25
 6          By Mr. Apfel              12                 25
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```