1
                UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

2
                                 Criminal No.
3
                                 04-10098-WGY

4

* * * * * * * * * * * * * * *
5
                                *
6
UNITED STATES OF AMERICA   *
                                *  **TRANSCRIPT OF**
7
v.                          *  **THE EVIDENCE**
                                *   (Volume 6)
8
CARMEN FIGUEROA and      *
WILLIAM TEJEDA           *
                                *
9
* * * * * * * * * * * * * * *

10

11

12
                   BEFORE:  The Honorable William G. Young,
13
                           District Judge, and a Jury

14

15

16
APPEARANCES:

17
        SUSAN M. POSWISTILO and NANCY RUE,
18
    Assistant United States Attorneys, 1 Courthouse
Way, Suite 9200, Boston, Massachusetts 02210, on
19
behalf of the Government

20
        JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
Suite 501, Framingham, Massachusetts 01702, on
21
behalf of Carmen Figueroa

22
        GOODWIN PROCTER, LLP (By David J. Apfel,
Esq. and Jennifer W. Fischesser, Esq.), Exchange
23
Place, Boston, Massachusetts 02109-2881, on behalf
of William Tejeda

24
                            1 Courthouse Way
                         Boston, Massachusetts
25
                         May 11, 2005

1                          **I N D E X**

2
    **WITNESS:**            **DIRECT    CROSS      REDIRECT    RECROSS**
3

4    AMANDA ELDRIDGE, Resumed

5        By Mr. Apfel              4

6        By Ms. Rue                            57

7        By Mr. LaChance                                    65

8    BRYAN IULA

9        By Ms. Poswistilo  77

10       By Mr. Apfel             84

11   WILLIAM BOWYER

12       By Ms. Rue      93

13   EDWIN BRIGANTY

14       By Ms. Poswistilo  97

15       By Mr. Apfel            119

16   ROBERT GARCIA

17       By Ms. Poswistilo  132

18       By Mr. Apfel            155

19

20

21

22

23

24

25

1              **I N D E X** (Cont'd)

2

3                                        **FOR        IN**
     **EXHIBITS:**                       **I.D.     EVID.**
4

5    AE      Photograph Array . . . . . . . . . 60

6    AF      Infraction Complaint . . . . . . . 94

7    35      Infraction Complaint . . . . . . . . . . . .   96

8    36      Aerial Photograph . . . . . . . . . . . . .   100

9    37      Photograph . . . . . . . . . . . . . . .   109

10   38      Photograph . . . . . . . . . . . . . . .   109

11   39      Photograph . . . . . . . . . . . . . .   109

12   40      Photograph . . . . . . . . . . . . . . .   109

13   41      Photograph . . . . . . . . . . . . . . .   109

14   42      Bag . . . . . . . . . . . . . . . . .   118

15   44      Black Bag . . . . . . . . . . . . . .   152

16   43      Photograph . . . . . . . . . . . . . .   153

17   45      Group of Photographs . . . . . . . . . .   159

18

19

20

21

22

23

24

25