```
 1                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2

                                              Criminal No.
 3                                            04-10098-WGY

 4
      * * * * * * * * * * * * * * * *
 5                                   *
      UNITED STATES OF AMERICA       *
 6                                   *   TRANSCRIPT OF
      v.                             *   THE EVIDENCE
 7                                   *    (Volume 7)
      CARMEN FIGUEROA and            *
 8    WILLIAM TEJEDA                 *
                                     *
 9    * * * * * * * * * * * * * * * *

10

11

12
                BEFORE:  The Honorable William G. Young,
13                              District Judge, and a Jury

14

15

16    APPEARANCES:

17          SUSAN M. POSWISTILO and NANCY RUE,
      Assistant United States Attorneys, 1 Courthouse
18    Way, Suite 9200, Boston, Massachusetts 02210, on
      behalf of the Government
19
            JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
20    Suite 501, Framingham, Massachusetts 01702, on
      behalf of Carmen Figueroa
21
            GOODWIN PROCTER, LLP (By David J. Apfel,
22    Esq. and Jennifer W. Fischesser, Esq.), Exchange
      Place, Boston, Massachusetts 02109-2881, on behalf
23    of William Tejeda

24                                      1 Courthouse Way
                                        Boston, Massachusetts
25
                                        May 12, 2005
```

```
 1                      I N D E X

 2
     WITNESS:              DIRECT    CROSS     REDIRECT   RECROSS
 3

 4   ROBERT GARCIA, Resumed

 5      By Mr. Apfel                   4

 6      By Ms. Poswistilo                         21

 7   DESIREE M. ALVES

 8      By Ms. Poswistilo    26

 9      By Mr. LaChance               105
```

```
 1                    I N D E X (Cont'd)
 2                                              FOR         IN
            EXHIBITS:                           I.D.        EVID.
 3
 4     46         Cell Phone . . . . . . . . . . . . . . . 25
 5     47         Telephone Call No. 89 . . . . . . . . . . 67
 6     AN         Transcript . . . . . . . . . . . . 68
 7     48         Telephone Call No. 90 . . . . . . . . . . 69
 8     49         Telephone Call No. 92 . . . . . . . . . . 69
 9     AO         Transcript . . . . . . . . . . . . 69
10     AP         Transcript . . . . . . . . . . . . 69
11     50         Telephone Call No. 1068 . . . . . . . . . 83
12     AQ         Transcript . . . . . . . . . . . . 83
13     51         Telephone Call No. 1099 . . . . . . . . . 87
14     52         Telephone Call No. 1098 . . . . . . . . . 87
15     AR         Transcript . . . . . . . . . . . . 87
16     AS         Transcript . . . . . . . . . . . . 87
17     53         Telephone Call No. 409 . . . . . . . . . . 89
18     AT         Transcript . . . . . . . . . . . . 89
19     54         Telephone Call No. 405 . . . . . . . . . . 89
20     AU         Transcript . . . . . . . . . . . . 91
21     55         Telephone Call No. 3646 . . . . . . . . . 95
22     AV         Transcript . . . . . . . . . . . . 95
23     56         Photograph . . . . . . . . . . . . . . . 113
24     57         Photograph . . . . . . . . . . . . . . . 114
25
```