```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

                                              Criminal No.
                                              04-10098-WGY


     * * * * * * * * * * * * * * * *
                                    *
     UNITED STATES OF AMERICA       *
                                    *   TRANSCRIPT OF
     v.                             *   THE EVIDENCE
                                    *    (Volume 9)
     CARMEN FIGUEROA and            *
     WILLIAM TEJEDA                 *
                                    *
     * * * * * * * * * * * * * * * *




              BEFORE:  The Honorable William G. Young,
                       District Judge, and a Jury




     APPEARANCES:

              SUSAN M. POSWISTILO and NANCY RUE,
         Assistant United States Attorneys, 1 Courthouse
         Way, Suite 9200, Boston, Massachusetts 02210, on
         behalf of the Government

              JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
         Suite 501, Framingham, Massachusetts 01702, on
         behalf of Carmen Figueroa

              GOODWIN PROCTER, LLP (By David J. Apfel,
         Esq. and Jennifer W. Fischesser, Esq.), Exchange
         Place, Boston, Massachusetts 02109-2881, on behalf
         of William Tejeda

                                              1 Courthouse Way
                                              Boston, Massachusetts

                                              May 16, 2005
```

# I N D E X

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| CARMEN FIGUEROA | | | | |
|   By Mr. LaChance | 13 | | | |
|   By Ms. Poswistilo | | 110 | | |

| | EXHIBITS: | | FOR I.D. | IN EVID. |
|---|---|---|---|---|
| 76 | Telephone Billing Records Jorl Rodrigues | | | 3 |
| 77 | Certificate of Completion | | | 17 |
| 78 | GED Diploma | | | 17 |
| AZ | Photograph | | 20 | |
| 79 | Photograph | | | 21 |
| 80 | Photograph | | | 21 |
| 81 | Photograph | | | 87 |
| 82 | Telephone Call No. 31 | | | 91 |
| BA | Transcript | | 91 | |
| 83 | Telephone Call No. 37 | | | 99 |
| BB | Transcript | | 99 | |