```
 1                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2

 3                                              Criminal No.
                                                04-10098-WGY
 4

     * * * * * * * * * * * * * * * *
 5                                  *
     UNITED STATES OF AMERICA       *
 6                                  *   TRANSCRIPT OF
     v.                             *   THE EVIDENCE
 7                                  *     (Volume 10)
     CARMEN FIGUEROA and            *
 8   WILLIAM TEJEDA                 *
                                    *
 9   * * * * * * * * * * * * * * * *

10

11

12
              BEFORE:  The Honorable William G. Young,
13                     District Judge, and a Jury

14

15

16   APPEARANCES:

17           SUSAN M. POSWISTILO and NANCY RUE,
        Assistant United States Attorneys, 1 Courthouse
18      Way, Suite 9200, Boston, Massachusetts 02210, on
        behalf of the Government
19
             JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
20      Suite 501, Framingham, Massachusetts 01702, on
        behalf of Carmen Figueroa
21
             GOODWIN PROCTER, LLP (By David J. Apfel,
22      Esq. and Jennifer W. Fischesser, Esq.), Exchange
        Place, Boston, Massachusetts 02109-2881, on behalf
23      of William Tejeda

24                                        1 Courthouse Way
                                          Boston, Massachusetts
25
                                          May 17, 2005
```

```
                    I N D E X

WITNESS:              DIRECT    CROSS    REDIRECT   RECROSS

CARMEN FIGUEROA, Resumed

    By Ms. Poswistilo      3                           105

    By Mr. Apfel                   25                  111

    By Mr. LaChance                           84

KIANNA HARRIS

    By Mr. LaChance   118

TARINA BENOIT

    By Mr. LaChance   123

    By Ms. Rue                    133

                                         FOR        IN
    EXHIBITS:                            I.D.       EVID.

BC    Transcript . . . . . . . . . . . . . 4
84    Tape of Telephone Call . . . . . . . . . . . . 16
BD    Transcript . . . . . . . . . . . . . 16
85    Tape of Telephone Call . . . . . . . . . . . . 22
86    Tape of Telephone Call . . . . . . . . . . . . 22
BE    Transcript . . . . . . . . . . . . . 22
BF    Transcript . . . . . . . . . . . . . 22
```