```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                           Criminal No.
 3                                         04-10098-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     UNITED STATES OF AMERICA       *
 6                                  *   MOTION TO SUPPRESS
     v.                             *       (Volume 1)
 7                                  *
     WILLIAM TEJEDA                 *
 8                                  *
     * * * * * * * * * * * * * * * *
 9

10

11
              BEFORE:  The Honorable William G. Young,
12                             District Judge

13

14

15

16   APPEARANCES:

17           SUSAN M. POSWISTILO and NANCY RUE,
         Assistant United States Attorneys, 1 Courthouse
18       Way, Suite 9200, Boston, Massachusetts 02210, on
         behalf of the Government
19

20           GOODWIN PROCTER, LLP (By David J. Apfel,
         Esq. and Jennifer W. Fischesser, Esq.), Exchange
21       Place, Boston, Massachusetts 02109-2881, on behalf
         of William Tejeda
22

23

24                                         1 Courthouse Way
                                           Boston, Massachusetts
25
                                           May 3, 2005
```

```
 1                         I N D E X

 2
     WITNESS:           DIRECT    CROSS    REDIRECT    RECROSS
 3

 4   SEAN BALCOM

 5      By Ms. Poswistilo 14                  50

 6      By Mr. Apfel                25                    52

 7   BRYAN IULA

 8      By Ms. Poswistilo 54

 9      By Mr. Apfel                62

10   BRIAN J. GUINEY

11      By Ms. Poswistilo 76

12      By Mr. Apfel                91

13
                                            FOR        IN
14   EXHIBITS:                              I.D.       EVID.

15       A          Photograph . . . . . . . . . . . 39

16       B          Photograph . . . . . . . . . . . 39
```