```
 1                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS
 2
     * * * * * * * * * * * * * * *
 3   UNITED STATES OF AMERICA     *
                                  *
 4              vs.               *     CRIMINAL ACTION
                                  *     No. 04-10098-WGY
 5   CARMEN FIGUEROA and          *
     WILLIAM TEJEDA               *
 6                                *
     * * * * * * * * * * * * * * *
 7
                  BEFORE THE HONORABLE WILLIAM G. YOUNG
 8                    UNITED STATES DISTRICT JUDGE
                         DAY EIGHT OF JURY TRIAL
 9
     A P P E A R A N C E S
10
              OFFICE OF THE UNITED STATES ATTORNEY
11            1 Courthouse Way, Suite 9200
              Boston, Massachusetts 02210
12            for the United States
              By:  Susan M. Poswistilo, AUSA
13                 Nancy Rue, AUSA

14

15            LAW OFFICE OF JOHN H. LaCHANCE
              600 Worcester Road, Suite 501
16            Framingham, Massachusetts 01702
              for the defendant Carmen Figueroa
17            By:  John H. LaChance, Esq.

18

19

20                                  Courtroom No. 18
                                    John J. Moakley Courthouse
21                                  1 Courthouse Way
                                    Boston, Massachusetts 02210
22                                  May 13, 2005
                                    9:05 a.m.
23

24

25
```

```
 1    APPEARANCES, CONTINUED

 2

 3
              GOODWIN PROCTER LLP
 4            Exchange Place
              Boston, Massachusetts 02109-2881
 5            for the defendant William Tejeda
              By: David J. Apfel, Esq.
 6                Jennifer W. Fischesser, Esq.

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22              CAROL LYNN SCOTT, CSR, RMR
                  Official Court Reporter
23             One Courthouse Way, Suite 7204
                Boston, Massachusetts 02210
24                   (617) 330-1377

25
```

1                              **I N D E X**

2

   **WITNESS:**           **DIRECT**    **CROSS**     **REDIRECT**    **RECROSS**
3

4    BRIAN JAMES GUINEY

5      By Ms. Poswistilo  5                           44
       By Mr. Apfel                    28
6      By Mr. LaChance                 33

7

8    DESIREE ALVES, Recalled

9      By Mr. LaChance                 48
       By Ms Poswistilo                              74
10

11   NANCY BLANCHARD

12     By Ms. Rue         85
       By Mr. LaChance                 91
13

14   JOHN HANAFIN

15     By Ms. Poswistilo 95

16   MICHAEL CLARK

17     By Ms. Poswistilo 98
       By Mr. LaChance                 105
18

19   PETER FLANNERY

20     By Ms. Poswistilo 108
       By Mr. Apfel                    115
21

22   EDWARD HARRINGTON

23     By Ms. Rue        120
       By Mr. Apfel                    123
24

25                        * * * * * * * * * *

**E X H I B I T S**

| | EXHIBIT NO. | | FOR ID. | IN EVD. |
|---|---|---|---|---|
| 3 | 58 | Alves Proffer Letter | | 54 |
| 4 | 59 | Alves Plea Agreement | | 61 |
| 5 | 60 | Key | | 89 |
| 6 | 61 | Bag with two phones | | 90 |
| 7 | 62 | Small Packet of Drugs | | 105 |
| 8 | 64 | CD Call No. 1012 | | 118 |
| 9 | 65 | CD Call No. 1035 | | 118 |
| 10 | AX | Transcript of Exhibit 64 | 118 | |
| 11 | AY | Transcript of Exhibit 65 | 118 | |
| 12 | 66 | Photo Array | | 123 |
| 13 | 67 | Adams Center Records | | 135 |
| 14 | 68 | Bank of America Records | | 135 |
| 15 | 69 | North Shore Medical Center Records | | 136 |
| 16 | 70 | Car Rental Records | | 137 |
| 17 | 71 | National Car Rental Company Records | | 137 |
| 18 | 72 | T Mobile Phone Records for phone number 508-252-7708 | | 137 |
| 20 | 73 | T Mobile Phone Records 2/28/03-4/03/03 | | 138 |
| 21 | 74 | Verizon Phone Records | | 139 |
| 22 | 75 | Sprint Phone Records | | 140 |