UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                     )<br>                                                      )   Crim. No. 04-10098-WGY<br>CARMEN FIGUEROA and          )<br>WILLIAM TEJEDA,                      )<br>                                                      )<br>              Defendants.              )<br>                                                      ) | |

### DEFENDANT WILLIAM TEJEDA'S MOTION TO PRECLUDE APPLICATION OF ENHANCED GUIDELINES PENALTIES FOR "CRACK" IN CALCULATING DEFENDANT'S SENTENCE

Defendant William Tejeda hereby moves to preclude the application of the enhancement for "crack" under the Sentencing Guidelines in calculating his sentence. It is well settled that "crack" is but one of many forms of "cocaine base." It is further settled in cocaine base cases that unless the government proves that the form of cocaine base at issue is "crack," the defendant must be sentenced according to the regular, non-enhanced cocaine guidelines. Here, the Court ordered the government to prove all sentencing enhancements to the jury beyond a reasonable doubt. The government succeeded in proving "cocaine base," but failed to prove the crack enhancement. Specifically, the government failed to obtain a jury finding beyond a reasonable doubt that the cocaine base at issue in the case was "crack." Accordingly, Mr. Tejeda may not be sentenced with reference to the crack enhancement under the Sentencing Guidelines. In further support of this Motion, Mr. Tejeda incorporates herein the reasons set forth in the Memorandum of Defendant William Tejeda in Support of Motion to Preclude

Application of Enhanced Guidelines Penalties for "Crack" in Calculating Defendant's Sentence submitted herewith.

                                                    WILLIAM TEJEDA

                                                    By his attorneys,

                                                     **/s/ David J. Apfel**

                                                    David J. Apfel (BBO # 551139)
Jennifer L. Chunias (BBO # 644980)
William J. Trach (BBO # 661401)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617-570-1000
dapfel@goodwinprocter.com

Dated December 12, 2005
LIBA/1655477.1