# EXHIBIT 1

U.S. Dept. of Justice
Drug Enforcement Administration

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

| 1. HOW OBTAINED (Check) | | | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|---|---|
| ☐ Lab. Seizure  ☐ Purchase  ☐ Seizing  ☐ Free Sample | | | | | | | |
| ☐ Other (Specify) ☐ Money Flashed ☐ Compliance Sample (Non-Criminal) | | | | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| NEW YORK CITY, NY/USA | 03-16-2004 | MENDES, MANUEL |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUPING |
|---|---|---|---|
| | ☐ Case No. OR ☐ Seizure No. | 03-22-2004 | 19 |

| 9. Exhibit No. | 10. FDIN (8 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | 13. APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitter | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?**  ☐ NO (Included above)  ☐ YES (If Yes, enter Exhibit No. and describe original container fully)

REMARKS:

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. No. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. TITLE |
|---|---|---|
| 22. SEAL ☐ Broken ☐ Unbroken | 23. RECEIVED BY (Signature & Date) | 24. TITLE |

LSP  03/18/05

**LABORATORY ANALYSIS/COMPARISON REPORT**

**25. ANALYSIS SUMMARY AND REMARKS**

AMENDED REPORT TO REFLECT RE-ANALYSIS FOR COURT

Exhibit #1 contains cocaine base.

Gross Wt. = 529.0 g

Net Wt. = 483.7 g

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | WEIGHT PER UNIT ANALYZED | | | 32. TOTAL NET | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 1 | 163897 | Cocaine base | | | | | 483.7 g |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| MICHELLE G. CANTILERI | SENIOR FORENSIC CHEMIST | 03/17/2005 |
| 37. APPROVED BY | 38. TITLE | 39. LAB. LOCATION |
| THOMAS H. BLACKWELL | LABORATORY DIRECTOR | NEW YORK |

DEA Form - 7
(Apr. 1990)          Previous edition dated 10/87 is OBSOLETE.

4 - Lab. File

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

# FORENSIC CHEMIST WORKSHEET

Page _1_ of _1_

| RECEIVED | | 3. SEALS | 4. FILE NO./EXHIBIT NO./LAB NO. |
|---|---|---|---|
| **1. FROM** I. HILO | **2. DATE** 16 MARCH 05 | [X] Intact  [ ] Broken  [ ] None | ▓▓▓▓▓  EXHIBIT #1  163897 |

**5. DESCRIPTION OF EVIDENCE**

A plastic heat sealed DEA evidence bag # IC-268410 containing one clear plastic strip marked in black marker JH 163897 3/31/04, 2 empty egg-like circular brown tape wrappings, and one long clear plastic whirl pak © bag heat sealed containing 2 compartments separated w/a heat seal. The top compartment contains an amount of unknown beige/off-white crumbly powder; the bottom compartment contains an amount of unknown beige/off-white chunks, large, solid, rock-like pieces. Strong pungent solvent smell.

**6. SUMMARY OF FINDINGS**

AMENDED REPORT TO REFLECT RE-ANALYSIS FOR COURT

EXHIBIT #1 CONTAINS COCAINE BASE

GROSS WT: 529.0g

NET WT: 483.7g

| 7. EXH. NO. | 8. LAB. NO. | 9. ACTIVE DRUG INGREDIENT | 10. QUANTITATIVE RESULTS | 11. AMT. OF PURE DRUG | 12. RESERVE |
|---|---|---|---|---|---|
| 1 | 163897 | Cocaine base | — | — | 482.3g |
| | | | | | |
| | | | | | |

**13. RESERVE EVIDENCE**

Reserve bag is heat sealed and placed w/ all original packaging inside the original DEA evidence bag. This bag is heat sealed and returned to the main evidence vault.

| 14. FORENSIC CHEMIST'S SIGNATURE | 15. DATE REPORTED 17 MARCH 05 | 16. REVIEWED BY (Initials) & DATE 03/18/05 |
|---|---|---|

**17. REMARKS**

90412 000

FORM DEA-86 (6-00) Previous editions are obsolete.

Electronic Version Designed in JetForm 5.2 Version

RL 3/18/05





163897 BACKGROUND BLANK 2

163897 COMPOSITE ETHER SOLUBLES

COCAINE BASE NEL STD#35A

cm-1

4000.0    3000    2000    1500    1000    650.0

EX#1 163897 MGC 16MAR05

EX#1 163897 MGC 16MAR05

163897 MGC 16MAR05

1 163897  MGC  16 MAR05

—— c:\pel_data\spectra\163897 background blank 2.sp - FTIR/ATR DEA#272272

—— c:\pel_data\spectra\163897 ether solubles.sp - FTIR/ATR DEA#272272

—— c:\pel_data\atr stds\cocaine base atr.sp - DEA#272248 Cocaine Base NEL STD#35A, ATR, direct CMG 1MAY03



163897 BACKGROUND BLANK

ETHER INSOLUBLES 163897

—— c:\pel_data\spectra\163897 background blank.sp - FTIR/ATR DEA#272272        EX#1 163897 MGC 16MAR05
—— c:\pel_data\spectra\163897 ether insolubles.sp - FTIR/ATR DEA#272272        EX#1 163897 MGC 16MAR05

Laboratory Number: ███████████     EX#1 163897 MGC MEOH BLANK
Name of File: ████████
Date: 16 Mar 2005   13:39
Misc Info:                                              Vial Number: 7
Method Name: GENERAL.M                                  Instrument: 5793 MSD



INSTRUMENT CONDITIONS
   temp: 90 C to 120  C, @ 35 C/min, initial time: 1.35 min
         120 C to 290 C, @ 45 C/min, initial time: 0.55 min
         final hold time: 8.5 min
   inj. port: 255 C,   transfer line: 290 C
   GC column: 30.0m HP-5MS 0.25mm dia. 0.25um film


Sample Information: ███████████     EX#1 163897 MGC MEOH BLANK
Date: 16 Mar 2005   13:39
Instrument: DEA #272246    Initials: ___lgc___

Laboratory Number: ▇▇▇▇▇▇ EX#1 163897 MGC MEOH/COMPOSITE
Name of File: ▇▇▇▇▇▇▇▇
Date: 16 Mar 2005  13:58
Misc Info:
Method Name: GENERAL.M

Vial Number: 8
Instrument: 5793 MSD



INSTRUMENT CONDITIONS
  temp: 90 C to 120  C, @ 35 C/min, initial time: 1.35 min
        120 C to 290 C, @ 45 C/min, initial time: 0.55 min
        final hold time: 8.5 min
  inj. port: 255 C,  transfer line: 290 C
  GC column: 30.0m HP-5MS 0.25mm dia. 0.25um film


Sample Information: ▇▇▇▇▇▇▇ EX#1 163897 MGC MEOH/COMPOSITE
Date: 16 Mar 2005  13:58
Instrument: DEA #272246    Initials: ___*mgc*___

Library Searched : ▮▮▮▮▮▮▮▮▮▮▮▮▮
Quality          : 90
ID               : Benzoic acid, methyl ester



163897  µgc  16MAR05

Library Searched :
Quality          : 95
ID               : 2-Carbomethoxy-8-methyl-8-azabicyclo[3.2.1]oct-2-ene



163897  mqc  16MAR05

Library Searched : ... \ ...
Quality         : 99
ID              : Cocaine Std.  #36B



163897 MGC 16MAR05
July 19, 2005
011

Library Searched :
Quality          : 97
ID               : BENZOYLECGONINE STANDARD #312-



163389/ μqc
16 MAR05

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

| 1. HOW OBTAINED (Check) | | | |
|---|---|---|---|
| [ ] Purchase [X] Seizure [ ] Free Sample | 2a. FILE NO: | 2b. PROGRAM CODE | 3. G-DEP ID |
| [ ] Lab. Seizure [ ] Money Flashed [ ] Compliance Sample (Non-Criminal) | | | |
| [ ] Internal Body Carry [ ] Other (Specify) | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| New York City, NY/USA | 03-16-2004 | MENDES, Manuel |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | | |
|---|---|---|---|
| | [ ] Case No. OR [ ] Seizure No. No. | 7. DATE PREPARED 03-22-2004 | 8. GROUP NO. 19 |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | 13. Seized | 14. Submitted | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | APPROX. GROSS QUANTITY | | | |
| Ex.1 | | Cocaine | Two circular shaped packages containing a white powdery substance belived to be cocaine | 533.72 | 533.72 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG ?  [X] NO (included above)   [ ] YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:

On March 16, 2004, persuant to a federally authorized T-3 intercept, law enforcement personel seized exhibit #1 from a motor vehicle in possession of Catalin CANELO and Chris CUSTER. S/A Garcia transported exhibit #1 to the New York City DEA Field Division Drug Locker for safekeeping/storage. On March 17, 2004, S/A Millar transported exhibit #1 to the DEA Cape Cod Task Force Drug Locker for storage/safekeeping pending processing. On March 22, 2004, exhibit #1 was processed and sent to NERL via registered mail RRR RA 216078459 US by TFA Flannery

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| Peter F. Flannery | Edward J. Harrington Group Supervisor |

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| | RA 216078459 | |
| 22. SEAL [ ] Broken [ ] Unbroken | 23. RECEIVED BY (Signature & Date)  3/26/04 | 24. Print or Type NAME and TITLE  Irene Tyico Ft 92982 |
| MR 4/5/04 | **LABORATORY REPORT** | |

25. ANALYSIS SUMMARY AND REMARKS

Exhibit #1 contains cocaine base.

    Gross Wt.  = 532.5 g
    Net Wt.    = 496.7 g

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | 29. Strength | 30. Measure | 31. Unit | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | CONCENTRATION | | | | |
| 1 | 163897 | cocaine base | 55 | % | | 273.1 g | 495.1 g |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| JENNIFER L. MERSCHOFF | FORENSIC CHEMIST | 3/31/04 |
| 37. APPROVED BY (Signature & Date) | 38. TITLE | 39. LAB. LOCATION |
| THOMAS M. BLACKWELL | LABORATORY DIRECTOR | NEW YORK |

DEA Form - 7
Sept. 1995

Previous edition dated 4/90 may be used until stock is exhausted.

2 - Orig. Office

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

# FORENSIC CHEMIST WORKSHEET

Page   1   of   1

| RECEIVED | | 3. SEALS | 4. FILE NO./EXHIBIT NO./LAB NO. |
|---|---|---|---|
| 1. FROM D. Micmel | 2. DATE 3/31/04 | ☑ Intact ☐ Broken ☐ None | ▓▓▓▓▓▓▓▓ |

**5. DESCRIPTION OF EVIDENCE**

HSEE (1C-268410) contained 2 semi-flat circular object with an orange-yellow tapp wrapped around them a layer of plastic and then on off-white rock-like substance.

**6. SUMMARY OF FINDINGS**

Exhibit 1 contains cocaine Base

GROSS Weight = 532.5g
Net Weight = 496.7g

| 7. EXH. NO. | 8. LAB. NO. | 9. ACTIVE DRUG INGREDIENT | 10. QUANTITATIVE RESULTS | 11. AMT. OF PURE DRUG | 12. RESERVE |
|---|---|---|---|---|---|
| 1 | 163897 | Cocaine Base | 55 % | 273.1 g | 495.1 g |
| | | | | | |
| | | | | | |

**13. RESERVE EVIDENCE**

HS Nasco Whirl Pak bag containing the sample and composite 2 orange yellow tape/plastic wrappings.

All contained in HSEE (1C-268410)

| 14. FORENSIC CHEMIST'S SIGNATURE | 15. DATE REPORTED 3/31/09 | 16. REVIEWED BY (Initials) & DATE CE H 4/1/04 |
|---|---|---|

**17. REMARKS**

9041.000

July 19, 2005
014



163897 ETHER SOLUBLES

COCAINE BASE NEL STD#35A

c:\pel_data\spectra\163897.001 - ATR-DEA#272248, 31MARCH04, JLM 163897 ETHER SOLUBLES

c:\pel_data\spectra\atr stds\cocaine base atr.sp - DEA#272248 Cocaine Base NEL STD#35A, ATR, direct CMG 1MAY03

cm-1

%T

4000.0     3000     2000     1500     1000     650.0



163897 ETHER INSOLUBLES

c:\pel_data\spectra\163897s.001 - ATR-DEA#272248, 31MARCH04, JLM 163897 ETHER INSOLUBLES

```
File        : ▬▬▬▬▬▬▬▬▬▬▬▬
Operator    : DEA #272288
Acquired    : 31 Mar 2004   13:38       using AcqMethod GENERAL
Instrument  :    Instrumen
Sample Name : 163897MEOH BLANK, JLM 31MARCHO4
Misc Info   :
Vial Number : 19
```



```
File        : ████████████████████████████
Operator    : DEA #272288
Acquired    : 31 Mar 2004  13:58      using AcqMethod GENERAL
Instrument  :    Instrumen
Sample Name : 163897 IN MEOH, JLM 31MARCHO4
Misc Info   :
Vial Number : 20
```



Library Searched    : ▬▬▬▬▬▬▬▬▬
Quality             : 99
ID                  : Cocaine Std.  #36B



COCAINE HYDROCHLORIDE  ̸ANDARD #36B.
462.6 mg * 99.6% =  460.7 mg/250 ml =>  1.842 mg/ml.
PREPARED BY BJB ON 11-MARCH, 2004.

```
===================================================================
Injection Date : 3/31/2004 1:42:21 PM       Seq. Line :    2
Sample Name    : COCAINE HCl #36B            Location : Vial 1
Acq. Operator  : DEA #272257                      Inj :    1
                                           Inj Volume : 1 µl

Sequence File  : C:\HPCHEM\1\SEQUENCE\COC30M.S
Acq. Method    : C:\HPCHEM\1\METHODS\COC30M.M
Last changed   : 3/19/2004 7:50:20 AM by DEA #272257
Analysis Method : C:\HPCHEM\1\METHODS\COC30M.M
Last changed   : 3/31/2004 1:50:03 PM by DEA #272257
                 (recalibrated in sequence after loading)
GC Method for the quantitation of cocaine
===================================================================
```



```
===================================================================
      Default Calibration Report (other requested info not available)
===================================================================
         ISTD Percent Report (after recalibration)
===================================================================
```

```
Sorted By              :    Signal
Calib. Data Modified   :    Wednesday, March 31, 2004 1:50:03 PM
Multiplier             :    1.0000
Dilution               :    250.0000
Sample Amount          :    460.70000   [mg/ml]
Sample ISTD Information:
ISTD  ISTD Amount    Name
  #    [mg/ml]
----|------------|--------------------------
  1    1.00000     EICOSANE
```

Signal 1: FID1 A,

| RetTime [min] | Type | Area [pA*s] | Amt/Area ratio | Amount % | Grp | Name |
|-------|------|---------|----------|----------|-----|----------|
| 2.617 | BB +I | 289.15192 | 1.00000 | 54.265249 | | EICOSANE |
| 4.951 | BB + | 334.93561 | 1.59090 | 100.000000 | | COCAINE |

Totals without ISTD(s) :                100.000000

Results obtained with enhanced integrator!
```
===================================================================
                  *** End of Report ***
```

US10228056/DEA#272257 3/31/2004 1:50:03 PM DEA #272257

qm 163897
3|31|04
Page 1 of 1
July 19, 2005
021