```
Sequence File         :  ████████████████████
This calibration table was calculated during bracketing,
by averaging the calibration runs:

       ███████████████████████████████    COCAINE HCl #36B
       ███████████████████████████████    COCAINE HCl #36B

This calibration table is used for the following sample runs:

       ████████████████████████████       163897
       ████████████████████████████       163897

===============================================================
                         Calibration Table
===============================================================

COC30M: HP5 30M x .32mm x .25mcm

Calib. Data Modified    :    Wednesday, March 31, 2004  2:20:04 PM

Calculate               :    Internal Standard Percent
Based on                :    Peak Area

Rel. Reference Window   :    5.000 %
Abs. Reference Window   :    2.800 min
Rel. Non-ref. Window    :    5.000 %
Abs. Non-ref. Window    :    5.330 min
Uncalibrated Peaks      :    not reported
Partial Calibration     :    No recalibration if peaks missing

Curve Type              :    Linear
Origin                  :    Included
Weight                  :    Equal

Recalibration Settings:
Average Response        :    Floating Average New 75%
Average Retention Time: :    Floating Average New 75%

Calibration Report Options :
    Printout of recalibrations within a sequence:
        Normal Report after Recalibration
    If the sequence is done with bracketing:
        Results of second cycle (starting next bracket)

Default Sample ISTD Information (if not set in sample table):
ISTD  ISTD Amount    Name
  #    [mg/ml]
----|---------------|----------------------------
  1    250.00000     EICOSANE

Signal 1: FID1 A,

RetTime   Lvl   Amount      Area       Amt/Area   Ref Grp  Name
 [min]  Sig   [mg/ml]
-------|--|--|-----------|-----------|-----------|---|--|---------------
  2.616  1  1   250.00000   290.62207  8.60224e-1  +I1      EICOSANE
  4.948  1  1   460.70000   336.91850  1.36739    + 1       COCAINE

More compound-specific settings:

Compound: EICOSANE
   Time Window             : From 2.545 min To 2.685 min

Compound: COCAINE
   Time Window             : From 4.858 min To 5.028 min
===============================================================
```

US10228056/DEA#272257  3/31/2004  2:20:04 PM  DEA #272257

jm 163897
3/31/04

Page 1 of 2
July 19, 2005
022

```
                        Peak Sum Table
====================================================================

***No Entries in table***
====================================================================
                       *** End of Report ***
```

US10228056/DEA#272257 3/31/2004 2:20:04 PM DEA #272257

gm 163897
3/31/04
Page 2 of 2
July 19, 2005
023

```
163897                                              Sample Name: 163897
143.6mg/50ml=2.872mg/ml
jlm 31MARCH04

=================================================================
Injection Date     : 3/31/2004 1:52:17 PM     Seq. Line :    2
Sample Name        : 163897                   Location  : Vial 2
Acq. Operator      : DEA #272257                    Inj :    1
                                              Inj Volume : 1 µl
Sequence File      :                                      S
Acq. Method        : C:\
Last changed       : 3/31/2004 1:50:03 PM by DEA #272257
Analysis Method    :
Last changed       : 3/31/2004 2:20:04 PM by DEA #272257
GC Method for the quantitation of cocaine
=================================================================
```



```
=================================================================
                        ISTD Percent Report
=================================================================

Sorted By             :   Signal
Calib. Data Modified  :   Wednesday, March 31, 2004 2:20:04 PM
Multiplier            :   0.8927
Dilution              :   50.0000
Sample Amount         :   143.60000   [mg/ml]
Sample ISTD Information:
ISTD   ISTD Amount    Name
  #    [mg/ml]
----|--------------|------------------------
  1       1.00000    EICOSANE


Signal 1: FID1 A,

RetTime Type    Area       Amt/Area    Amount   Grp    Name
 [min]          [pA*s]      ratio        %
-------|------|-----------|----------|----------|--|------------
 2.616  BB  +I  286.76511   1.00000   31.082869       EICOSANE
 4.947  BB  +   322.50369   1.58958   55.566292       COCAINE

Totals without ISTD(s) :                55.566292

Results obtained with enhanced integrator!
=================================================================
                      *** End of Report ***
```

US10228056/DEA#272257 3/31/2004 2:20:06 PM DEA #272257

jlm 163897
3/31/04
Page 1 of 1
July 19, 2005
024

```
163897                                              Sample Name: 163897
143.6mg/50ml=2.872mg/ml
jlm 31MARCH04
```

```
===============================================================================
Injection Date   : 3/31/2004 2:02:18 PM        Seq. Line :   2
Sample Name      : 163897                       Location : Vial 2
Acq. Operator    : DEA #272257                       Inj :   2
                                              Inj Volume : 1 µl
Sequence File    :
Acq. Method      :
Last changed     : 3/31/2004 1:50:03 PM by DEA #272257
Analysis Method  :
Last changed     : 3/31/2004 2:20:04 PM by DEA #272257
GC Method for the quantitation of cocaine
===============================================================================
```



```
===============================================================================
                            ISTD Percent Report
===============================================================================

Sorted By             :   Signal
Calib. Data Modified  :   Wednesday, March 31, 2004 2:20:04 PM
Multiplier            :   0.8927
Dilution              :   50.0000
Sample Amount         :   143.60000    [mg/ml]
Sample ISTD Information:
ISTD   ISTD Amount    Name
 #      [mg/ml]
----|--------------|------------------------
  1     1.00000     EICOSANE


Signal 1: FID1 A,

RetTime  Type   Area       Amt/Area    Amount    Grp    Name
 [min]          [pA*s]     ratio         %
--------|------|----------|----------|----------|---|---------------
  2.616 BB  +I  287.78876   1.00000    31.082869       EICOSANE
  4.946 BB  +   324.19952   1.58958    55.659792       COCAINE

Totals without ISTD(s) :                55.659792

Results obtained with enhanced integrator!
===============================================================================
                            *** End of Report ***
```

US10228056/DEA#272257 3/31/2004 2:20:11 PM DEA #272257

gM 163897
3/31/04
Page 1 of 1
July 19, 2005
025

```
COCAINE HYDROCHLORIDE STANDARD #36B.
462.6 mg * 99.6% =  460.7 mg/250 ml => 1.842 mg/ml.
PREPARED BY BJB ON 11-MARCH, 2004.


=================================================================
Injection Date   : 3/31/2004 2:12:21 PM        Seq. Line :   3
Sample Name      : COCAINE HCl #36B             Location : Vial 1
Acq. Operator    : DEA #272257                       Inj :   1
                                            Inj Volume : 1 µl
Sequence File    : ████████████████████.S
Acq. Method      : ████████████████████.M
Last changed     : 3/31/2004 1:50:03 PM by DEA #272257
Analysis Method  : ████████████████████
Last changed     : 3/31/2004 2:20:17 PM by DEA #272257
                   (recalibrated in sequence after loading)
GC Method for the quantitation of cocaine
=================================================================
```

[Chromatogram: FID1 A, (31MAR04J\C1F03001.D) showing peaks at ~0.9, 2.616, and 4.948 min; y-axis pA 0-300]

```
=================================================================
                  Results of ending previous bracket
=================================================================
                  ISTD Percent Report (after recalibration)
=================================================================

Sorted By            :   Signal
Calib. Data Modified :   Wednesday, March 31, 2004 2:20:04 PM
Multiplier           :   1.0000
Dilution             :   250.0000
Sample Amount        :   460.70000   [mg/ml]
Sample ISTD Information:
ISTD  ISTD Amount    Name
 #    [mg/ml]
----|--------------|--------------------------
 1     1.00000      EICOSANE


Signal 1: FID1 A,

RetTime  Type   Area      Amt/Area   Amount    Grp    Name
[min]           [pA*s]    ratio       %
-------|------|---------|----------|----------|---|---------------
 2.616  BB  +I  291.11212  1.00000   54.265249       EICOSANE
 4.948  BB  +   337.57947  1.58958  100.027512       COCAINE

Totals without ISTD(s) :             100.027512

Results obtained with enhanced integrator!
=================================================================
                      *** End of Report ***
```

# U.S. Department of Justice
## Drug Enforcement Administration
### REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|---|
| ☐ Purchase ☒ Seizure ☐ Free Sample | | | | | | |
| ☐ Lab. Seizure ☐ Money Flashed ☐ Compliance Sample (Non-Criminal) | | | | | | |
| ☐ Other (Specify) | | | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| HYANNIS, MA/USA | 03-16-2004 | MURDER, MARIAL |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL Case No. OR Seizure No. | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| | | 03-22-2004 | 19 |

| 9. Exhibit No. | 10. EDIN (8 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG ? ☐ NO  ☐ YES

REMARKS:

17. SUBMITTED BY SPECIAL AGENT (Signature)    18. APPROVED BY (Signature & Title)

### LABORATORY EVIDENCE RECEIPT REPORT

| 19. No. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. TITLE |
|---|---|---|
| 22. SEAL ☐ Broken ☐ Unbroken | 23. RECEIVED BY (Signature & Date) | 24. TITLE |

LEP 03/18/05

### LABORATORY ANALYSIS/COMPARISON REPORT

25. ANALYSIS SUMMARY AND REMARKS

**AMENDED REPORT TO REFLECT RE-ANALYSIS FOR COURT**

Exhibit #2 contains cocaine base.

Gross Wt. = 63.4 g

Net Wt. = 24.9 g

| 26. Exhibit No. | 27. LAB No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | WEIGHT PER UNIT ANALYZED | | | 32. TOTAL NET | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 2 | 163898 | cocaine base | | | | | 24.9 g |

34. ANALYST (Signature)    35. TITLE: SENIOR FORENSIC CHEMIST    36. DATE COMPLETED
MICHELLE C. CANTILERI

37. APPROVED BY:    38. TITLE: LABORATORY DIRECTOR    39. LAB LOCATION
THOMAS H. BLACKURT                                    NEW YORK

DEA Form -7 (Jul. 1990)   Previous edition dated 10/87 is OBSOLETE.   1 - Lab. File

July 19, 2005

027

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**

## FORENSIC CHEMIST WORKSHEET

Page 1 of 1

| 1. FROM | RECEIVED 2. DATE | 3. SEALS | 4. FILE NO./EXHIBIT NO./LAB NO. |
|---|---|---|---|
| I. HILD | 16 MARCH 05 | [X] Intact [ ] Broken [ ] None | *(redacted)* |

**5. DESCRIPTION OF EVIDENCE**

1 plastic heat sealed DEA evidence bag # 3A-195641 containing one clear plastic strip marked in black marker 163898 JM 4-1-04, one clear plastic heat sealed whirl-pak® bag containing one larger clear plastic bag knotted containing numerous empty smaller knotted clear plastic bags, and one clear plastic heat sealed whirl pak® bag w/ partialed heat sealed 2 compartment. The top compartment contains an amount of unknown, off-white/beige substance (powder). The bottom compartment contains an amount of unknown beige/off-white rock-like chunks and powder.

**6. SUMMARY OF FINDINGS**

AMENDED REPORT TO REFLECT RE-ANALYSIS FOR COURT

EXHIBIT #2 CONTAINS COCAINE BASE

gross wt: 63.4g

NET wt: 24.9g

| 7. EXH. NO. | 8. LAB. NO. | 9. ACTIVE DRUG INGREDIENT | 10. QUANTITATIVE RESULTS | 11. AMT. OF PURE DRUG | 12. RESERVE |
|---|---|---|---|---|---|
| 2 | 163898 | COCAINE BASE | — | — | 24.2g |
| | | | | | |
| | | | | | |

**13. RESERVE EVIDENCE**

Reserve bag is heat sealed and placed w/ all original packaging inside the original DEA evidence bag. This bag is heat sealed and returned to the main evidence vault.

| 14. FORENSIC CHEMIST'S SIGNATURE | 15. DATE REPORTED | 16. REVIEWED BY (Initials) & DATE |
|---|---|---|
| *(signature)* | 17 MARCH 05 | CC 3/18/05 |

**17. REMARKS**

9041L000

July 19, 2005
028

FORM DEA-86 (6-00) Previous editions are obsolete.

Electronic Version Designed in JetForm 5.2 Version







163898 COMPOSITE ETHER INSOLUBLES

163898 BACKGROUND BLANK

July 19, 2005
032

Laboratory Number: ▓▓▓▓▓▓ EX#2 163898 MGC MEOH BLANK
Name of File: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.D
Date: 16 Mar 2005   16:17
Misc Info:
Method Name: GENERAL.M

Vial Number: 7
Instrument: 5793 MSD



INSTRUMENT CONDITIONS
  temp: 90 C to 120 C, @ 35 C/min, initial time: 1.35 min
        120 C to 290 C, @ 45 C/min, initial time: 0.55 min
        final hold time: 8.5 min
  inj. port: 255 C,  transfer line: 290 C
  GC column: 30.0m HP-5MS 0.25mm dia. 0.25um film

Sample Information: ▓▓▓▓▓▓▓ EX#2 163898 MGC MEOH BLANK
Date: 16 Mar 2005   16:17
Instrument: DEA #272246   Initials: ___mgc___

July 19, 2005
033

Laboratory Number: ▓▓▓▓▓▓▓▓ EX#2 163898 MGC MEOH/COMPOSITE
Name of File: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Date: 16 Mar 2005   16:37
Misc Info:
Method Name: GENERAL.M

Vial Number: 13
Instrument: 5793 MSD



INSTRUMENT CONDITIONS
  temp: 90 C to 120  C, @ 35 C/min, initial time: 1.35 min
        120 C to 290 C, @ 45 C/min, initial time: 0.55 min
        final hold time: 8.5 min
  inj. port: 255 C,   transfer line: 290 C
  GC column: 30.0m HP-5MS 0.25mm dia. 0.25um film

Sample Information: ▓▓▓▓▓▓▓▓▓ EX#2 163898 MGC MEOH/COMPOSITE
Date: 16 Mar 2005  16:37
Instrument: DEA #272246    Initials: _____ mgc _____

July 19, 2005
034

Library Searched :
Quality          : 97
ID               : 2-Carbomethoxy-8-methyl-8-azabicyclo[3.2.1]oct-2-ene



163898 MQC  16MAR05

July 19, 2005
035

```
Library Searched :  ███████████████.L
Quality          : 99
ID               : Cocaine Std.   #36B
```



163898 u4c  16MAR05

July 19, 2005
036

# U.S. Department of Justice
## Drug Enforcement Administration
### REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

**1. HOW OBTAINED (Check)**
- [ ] Lab. Seizure
- [ ] Internal Body Carry
- [ ] Purchase
- [ ] Money Flashed
- [ ] Other (Specify)
- [X] Seizure
- [ ] Compliance Sample (Non-Criminal)
- [ ] Free Sample

**2a. FILE NO.** (redacted)
**2b. PROGRAM CODE**
**3. G-DEP ID**

**4a. WHERE OBTAINED (City, State/Country):** Hyannis, MA/USA
**4b. DATE OBTAINED:** 03-16-2004
**5. FILE TITLE:** MENDES, Manuel

**6a. REFERRING AGENCY (Name):**
**6b. REFERRAL:** Case No. OR Seizure No.
**7. DATE PREPARED:** 03-22-2004
**8. GROUP NO.:** 19

| 9. Exhibit No. | 10. FDIN | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | 13. Seized | 14. Submitted | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| Ex. 2 | | Crack Cocaine | 49 individually packaged corner baggies containing a white in color rock like matter. | 51.63 | 51.63 | |
| Ex. 3 | | Marijuana | glassine baggie containing a green substance believed to be marijuana | 22.41 | 22.41 | |

**16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?** [X] NO (included above) [ ] YES

**REMARKS:** On March 16, 2004, persuant to a federally authorized search warrant, law enforcement personnel seized exhibit 2,3 from a safe located in a bedroom, in the basement of 18 Murphy Road, Hyannis, MA. TFA Flannery transported exhibit 2, 3 to the DEA Cape Cod Task Force Drug Locker for safekeeping/storage pending processing. On March 22, 2004, exhibit 2, 3 were sent to the NERL via registered mail RRR RA 216078459 US by TFA Flannery.

**17. SUBMITTED BY SPECIAL AGENT (Signature):** Peter F. Flannery
**18. APPROVED BY (Signature & Title):** Edward J. Harrington Group Supervisor

### LABORATORY EVIDENCE RECEIPT REPORT

**19. NO. PACKAGES:** 2
**20. RECEIVED FROM (Signature & Date):** RA 216078459
**21. Print or Type NAME and TITLE:**
**22. SEAL:** [ ] Broken [X] Unbroken
**23. RECEIVED BY (Signature & Date):** 3/26/04
**24. Print or Type NAME and TITLE:** Irene Milo ET
**25.** (2) #42963   MR 4/6/04   (3) #42964

### LABORATORY REPORT

**ANALYSIS SUMMARY AND REMARKS**

Exhibit #2 contains cocaine base.
  Gross Wt. = 60.2 g
  Net Wt. = 29.0 g

Exhibit #3 contains marijuana.
  Gross Wt. = 32.3 g
  Net Wt. = 5.7 g

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | 29. Strength | 30. Measure | 31. Unit | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| 2 | 163698 | cocaine base | 57 | % | | 16.5 g | 28.2 g |
| 3 | 163699 | marijuana | | | | | 5.4 g |

**34. ANALYST (Signature):** JENNIFER L. MERSCHOFF
**35. TITLE:** FORENSIC CHEMIST
**36. DATE COMPLETED:** 4/1/04
**37. APPROVED BY (Signature & Date):** THOMAS H. BLACKWELL  4/7/04
**38. TITLE:** LABORATORY DIRECTOR
**39. LAB. LOCATION:** NEW YORK

DEA Form -7
Sept. 1995
Previous edition dated 4/90 may be used until stock is exhausted.
1 - Prosecution

July 19, 2005
037

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**

## FORENSIC CHEMIST WORKSHEET

Page 1 of 1

| RECEIVED | | 3. SEALS | 4. FILE NO./EXHIBIT NO./LAB NO. |
|---|---|---|---|
| 1. FROM: D. Michael | 2. DATE: 3/31/04 | ☒ Intact ☐ Broken ☐ None | [redacted] |

**5. DESCRIPTION OF EVIDENCE**

HSEE (3A-195641) contained a knotted clear plastic bag which contained 49 small knotted bags. These small bags contained an off white rock-like substance.

**6. SUMMARY OF FINDINGS**

Exhibit 2 contains Cocaine Base.

Gross Weight = 60.2g
Net Weight = 29.0g

| 7. EXH. NO. | 8. LAB. NO. | 9. ACTIVE DRUG INGREDIENT | 10. QUANTITATIVE RESULTS | 11. AMT. OF PURE DRUG | 12. RESERVE |
|---|---|---|---|---|---|
| 2 | 163898 | Cocaine Base | 57 % | 16.5g | 28.2 g |
| | | | | | |
| | | | | | |

**13. RESERVE EVIDENCE**

Heat sealed Nasco Whirl Pak bag (HSNWPB) containing the sample and composite. HSNWPB containing 50 plastic bags.

All contained in HSCE (3A-195641)

**14. FORENSIC CHEMIST'S SIGNATURE** [signature]

**15. DATE REPORTED:** 4/1/04

**16. REVIEWED BY (Initials) & DATE:** CQ 4/2/04

**17. REMARKS**

9041.000

FORM DEA-86 (6-00) Previous editions are obsolete.

July 19, 2005
038

Electronic Version Designed in JetForm 5.2 Version

FILE NO. ~~[redacted]~~   EXHIBIT NO. 2   LAB NO. 163898

DEA# 109759
GROSS WEIGHT: 60.2 g (N)

DATE OPENED: 1/1/04

NET WEIGHT: DEA# 272369
50 bags w/ sample = 35.11 g
− 50 empty bags = 0.05 g
Net Weight = 29.06 g

**EVIDENCE SAMPLING PROCEDURES:**
Screened 22 out of 49. Combined 22 for composite. Ground to fine powder. Removed portion for testing.

**QUALITATIVE:**

Scotts Test - Screened 22 out of 49
sample + 
reagents + sample + HCl + CHCl₃ → pink over blue
Indicative of cocaine

Bromophenol Blue - Screened 22 out of 49
sample + Bromophenol → Blue
Indicative of base

Microcrystal Test - Screened 22 out of 49
sample + TLTA + Acetic Acid → thin crossed Rods
Indicative of cocaine

GC-MS - General Method
MeOH Blank - No peaks
Sample in MeOH - cocaine, cocaine artifacts
All peaks checked

IR-ATR
Ether solubles - Cocaine Base
Ether insolubles - Consistent with sodium bicarbonate

**QUANTITATION:** GC-FID

METHOD #: COC30M

STANDARD: Cocaine HCl Std #36B  462.6 mg × 99.6% = 460.7 mg / 250 ml = 1.842 mg/ml
DATE PREPARED: 11 March 04

DEA# 272357
SAMPLE: Weighed 128.3 mg into a tared 50 ml volumetric flask = 2.566 mg/ml

$$\frac{Area\ SPL}{Area\ STD} \times \frac{Area\ ISTD\ in\ STD}{Area\ ISTD\ in\ SPL} \times \frac{Conc}{STD} \times \frac{1}{Conc\ SPL} \times 100 \times \frac{HCl \to Base}{0.8927} = \%\ Purity$$

Net Weight × % Purity = Actual Amount

$$\frac{282.7}{314.2} \times \frac{262.7}{265.4} \times 1.842\ \frac{mg}{ml} \times \frac{1}{2.566\ mg/ml} \times 0.8927 \times 100 = 57\%$$

29.0 g × 57% = 16.5 g

RESERVE WEIGHT: DEA# 272369
Total − Tared = Reserve
31.57 g − 3.35 g = 28.22 g

SPECIAL PROGRAMS: N/A

GROSS WEIGHT AFTER ANALYSIS:
DEA# 109759
66.3 g

DATE SEALED: ~~[redacted]~~





```
File       :
Operator   : DEA #272288
Acquired   :   1 Apr 2004    8:46      using AcqMethod GENERAL
Instrument :   Instrumen
Sample Name: 163898 MEOH BLANK, JLM 1ARPIL04
Misc Info  :
Vial Number: 24
```

