```
File        : [redacted]
Operator    : DEA #272288
Acquired    :  1 Apr 2004   9:05     using AcqMethod GENERAL
Instrument  :   Instrumen
Sample Name: 163898 IN MEOH, JLM 1ARPIL04
Misc Info   :
Vial Number: 25
```

July 19, 2005 JM 163898 4/1/04
043



Library Searched :
Quality : 99
ID : Cocaine Std. #36B

July 19, 2005 gm 163898 4/1/04
044



COCAINE HYDROCHLORIDE STANDARD #36B.
462.6 mg * 99.6% = 460.7 mg /250 ml.
Final Conc. 1.842 mg/ml.
PREPARED BY BJB ON MARCH 11, 2004.

=====================================================================

Injection Date : 4/1/2004 9:02:35 AM  Seq. Line : 2
Sample Name : COCAINE HCl #36B  Location : Vial 1
Acq. Operator : DEA #272258 (GC-FID)  Inj : 1
Inj Volume : 1 µl
Sequence File : C:\HPCHEM\1\SEQUENCE\COC30M.S
Acq. Method : C:\HPCHEM\1\METHODS\COC30M.M
Last changed : 3/24/2004 8:15:05 AM by DEA #272258 (GC-FID)
Analysis Method : C:\HPCHEM\1\METHODS\COC30M.M
Last changed : 4/1/2004 9:09:53 AM by DEA #272258 (GC-FID)
(recalibrated in sequence after loading)
GC Method for the quantitation of cocaine

=====================================================================

=====================================================================

Default Calibration Report (other requested info not available)

=====================================================================

ISTD Percent Report (after recalibration)

=====================================================================

Sorted By : Signal
Calib. Data Modified : Thursday, April 01, 2004 9:09:53 AM
Multiplier : 1.0000
Dilution : 250.0000
Sample Amount : 460.70000 [mg/ml]
Sample ISTD Information:

| ISTD # | ISTD Amount [mg/ml] | Name |
|---|---|---|
| 1 | 1.00000 | EICOSANE |

Signal 1: FID1 A,

| RetTime [min] | Type | Area [pA*s] | Amt/Area ratio | Amount % | Grp | Name |
|---|---|---|---|---|---|---|
| 3.045 | BB +I | 260.86075 | 1.00000 | 54.265249 | | EICOSANE |
| 5.726 | PB | 310.92236 | 1.54609 | 100.000000 | | COCAINE |

Totals without ISTD(s) : 100.000000

Results obtained with enhanced integrator!

=====================================================================

*** End of Report ***

gm 163898 4/1/04

Sequence File : [redacted]
This calibration table was calculated during bracketing, by averaging the calibration runs:

C:\HPCHEM\1\DATA\1APRIL04\C1F02001.D COCAINE HCl #36B
C:\HPCHEM\1\DATA\1APRIL04\C1F03001.D COCAINE HCl #36B

This calibration table is used for the following sample runs:

C:\HPCHEM\1\DATA\1APRIL04\002F0201.D 163898
C:\HPCHEM\1\DATA\1APRIL04\002F0202.D 163898

Calibration Table

COC30M: HP5 30M x .32mm x .25mcm

Calib. Data Modified : Thursday, April 01, 2004 9:40:07 AM

Calculate : Internal Standard Percent
Based on : Peak Area

Rel. Reference Window : 5.000 %
Abs. Reference Window : 2.800 min
Rel. Non-ref. Window : 5.000 %
Abs. Non-ref. Window : 5.330 min
Uncalibrated Peaks : not reported
Partial Calibration : No recalibration if peaks missing

Curve Type : Linear
Origin : Included
Weight : Equal

Recalibration Settings:
Average Response : Floating Average New 75%
Average Retention Time: Floating Average New 75%

Calibration Report Options :
Printout of recalibrations within a sequence:
Normal Report after Recalibration
If the sequence is done with bracketing:
Results of second cycle (starting next bracket)

Default Sample ISTD Information (if not set in sample table):

| ISTD # | ISTD Amount [mg/ml] | Name |
|---|---|---|
| 1 | 250.00000 | EICOSANE |

Signal 1: FID1 A,

| RetTime [min] | Lvl Sig | | Amount [mg/ml] | Area | Amt/Area | Ref | Grp | Name |
|---|---|---|---|---|---|---|---|---|
| 3.042 | 1 | 1 | 250.00000 | 263.60916 | 9.48374e-1 | +I1 | | EICOSANE |
| 5.723 | 1 | 1 | 460.70000 | 315.78713 | 1.45889 | 1 | | COCAINE |

More compound-specific settings:

Compound: EICOSANE
Time Window : From 2.888 min To 3.188 min

Compound: COCAINE
Time Window : From 5.584 min To 5.884 min

Calibration Table after Analysis of Data File C1F03001.D

Peak Sum Table

==========================================================================

***No Entries in table***

==========================================================================

*** End of Report ***

9m 163898 4/1/04

US10228057/DEA#272258 4/1/2004 9:40:07 AM DEA #272258 (GC-FID)

Page 2 of 2
July 19, 2005
047

Data File C[redacted] Sample Name: 163898
163898
128.3MG/50ML=2.566MG/ML
JLM 1APRIL04

=====================================================================

Injection Date : 4/1/2004 9:12:42 AM Seq. Line : 2
Sample Name : 163898 Location : Vial 2
Acq. Operator : DEA #272258 (GC-FID) Inj : 1
Inj Volume : 1 µl
Sequence File : [redacted]
Acq. Method : [redacted]
Last changed : 4/1/2004 9:09:53 AM by DEA #272258 (GC-FID)
Analysis Method : [redacted]
Last changed : 4/1/2004 9:40:07 AM by DEA #272258 (GC-FID)
GC Method for the quantitation of cocaine

=====================================================================

=====================================================================

ISTD Percent Report

=====================================================================

Sorted By : Signal
Calib. Data Modified : Thursday, April 01, 2004 9:40:07 AM
Multiplier : 0.8927
Dilution : 50.0000
Sample Amount : 128.30000 [mg/ml]
Sample ISTD Information:

| ISTD # | ISTD Amount [mg/ml] | Name |
|---|---|---|
| 1 | 1.00000 | EICOSANE |

Signal 1: FID1 A,

| RetTime [min] | Type | Area [pA*s] | Amt/Area ratio | Amount % | Grp | Name |
|---|---|---|---|---|---|---|
| 3.042 | BB +I | 264.48160 | 1.00000 | 34.789556 | | EICOSANE |
| 5.723 | BB | 280.34323 | 1.53831 | 56.726733 | | COCAINE |

Totals without ISTD(s) : 56.726733

Results obtained with enhanced integrator!

=====================================================================

*** End of Report ***

JM 163898
4/1/04

US10228057/DEA#272258 4/1/2004 9:40:10 AM DEA #272258 (GC-FID)

July 19, 2005

163898
128.3MG/50ML=2.566MG/ML
JLM 1APRIL04

=====================================================================

Injection Date : 4/1/2004 9:22:45 AM Seq. Line : 2
Sample Name : 163898 Location : Vial 2
Acq. Operator : DEA #272258 (GC-FID) Inj : 2
Inj Volume : 1 µl
Sequence File : [redacted]
Acq. Method : [redacted]
Last changed : 4/1/2004 9:09:53 AM by DEA #272258 (GC-FID)
Analysis Method : [redacted]
Last changed : 4/1/2004 9:40:07 AM by DEA #272258 (GC-FID)
GC Method for the quantitation of cocaine

=====================================================================

=====================================================================

ISTD Percent Report

=====================================================================

Sorted By : Signal
Calib. Data Modified : Thursday, April 01, 2004 9:40:07 AM
Multiplier : 0.8927
Dilution : 50.0000
Sample Amount : 128.30000 [mg/ml]
Sample ISTD Information:

| ISTD # | ISTD Amount [mg/ml] | Name |
|---|---|---|
| 1 | 1.00000 | EICOSANE |

Signal 1: FID1 A,

| RetTime [min] | Type | Area [pA*s] | Amt/Area ratio | Amount % | Grp | Name |
|---|---|---|---|---|---|---|
| 3.043 | BB +I | 266.34995 | 1.00000 | 34.789556 | | EICOSANE |
| 5.724 | BB | 285.06235 | 1.53831 | 57.277018 | | COCAINE |

Totals without ISTD(s) : 57.277018

Results obtained with enhanced integrator!

=====================================================================

*** End of Report ***

qm 163898 4/1/04

COCAINE HYDROCHLORIDE STANDARD #36B.
462.6 mg * 99.6% = 460.7 mg /250 ml.
Final Conc. 1.842 mg/ml.
PREPARED BY BJB ON MARCH 11, 2004.

===================================================================

Injection Date : 4/1/2004 9:32:49 AM  Seq. Line : 3
Sample Name : COCAINE HCl #36B  Location : Vial 1
Acq. Operator : DEA #272258 (GC-FID)  Inj : 1
Inj Volume : 1 µl
Sequence File : [redacted]
Acq. Method : [redacted]
Last changed : 4/1/2004 9:09:53 AM by DEA #272258 (GC-FID)
Analysis Method : [redacted]
Last changed : 4/1/2004 9:40:20 AM by DEA #272258 (GC-FID)
(recalibrated in sequence after loading)
GC Method for the quantitation of cocaine

===================================================================

===================================================================

Results of ending previous bracket

===================================================================

ISTD Percent Report (after recalibration)

===================================================================

Sorted By : Signal
Calib. Data Modified : Thursday, April 01, 2004 9:40:07 AM
Multiplier : 1.0000
Dilution : 250.0000
Sample Amount : 460.70000 [mg/ml]
Sample ISTD Information:

| ISTD # | ISTD Amount [mg/ml] | Name |
|---|---|---|
| 1 | 1.00000 | EICOSANE |

Signal 1: FID1 A,

| RetTime [min] | Type | Area [pA*s] | Amt/Area ratio | Amount % | Grp | Name |
|---|---|---|---|---|---|---|
| 3.042 | BB +I | 264.52530 | 1.00000 | 54.265249 | | EICOSANE |
| 5.723 | BB | 317.40872 | 1.53831 | 100.165396 | | COCAINE |

Totals without ISTD(s) : 100.165396

Results obtained with enhanced integrator!

===================================================================

*** End of Report ***

gm 163898 4/1/04

July 19, 2005
050