# EXHIBIT 5

```
                UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS

                                          Criminal No.
                                          04-10098-WGY


* * * * * * * * * * * * * * * *
                               *
UNITED STATES OF AMERICA       *
                               *   TRANSCRIPT OF
v.                             *   THE EVIDENCE
                               *    (Volume 3)
CARMEN FIGUEROA and            *
WILLIAM TEJEDA                 *
                               *
* * * * * * * * * * * * * * * *




          BEFORE:  The Honorable William G. Young,
                   District Judge, and a Jury




APPEARANCES:

          SUSAN M. POSWISTILO and NANCY RUE,
  Assistant United States Attorneys, 1 Courthouse
  Way, Suite 9200, Boston, Massachusetts 02210, on
  behalf of the Government

          JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
  Suite 501, Framingham, Massachusetts 01702, on
  behalf of Carmen Figueroa

          GOODWIN PROCTER, LLP (By David J. Apfel,
  Esq. and Jennifer W. Fischesser, Esq.), Exchange
  Place, Boston, Massachusetts 02109-2881, on behalf
  of William Tejeda

                                   1 Courthouse Way
                                   Boston, Massachusetts

                                   May 6, 2005.
```

```
 1   powerful and central is your role that like any other
 2   evidence you can believe it, disbelieve it, believe it in
 3   part, disbelieve other parts.
 4           Ms. Poswistilo, you may read the stipulation, and
 5   I'll ask each of the defense counsel if they agree.
 6           Go ahead, Ms. Poswistilo.
 7           MS. POSWISTILO:  Your Honor, this is a two-part
 8   stipulation.  I'm offering part one at this moment.
 9           THE COURT:  Fine.
10           MS. POSWISTILO:  Stipulation of the parties
11   regarding c
12           Th                              nd the defendants
13   Carmen Figu                             rough their
14   undersigned      30-31                  e and agree, as
15   follows:
16           I                               chelle Camilliri,
17   Senior For                              forcement
18   Administra
19           No. 1.  The substance seized by the DEA on
20   March 16th, 2004, in New York City and assigned Exhibit No.
21   1, was secured until it was sent to and analyzed by the Drug
22   Enforcement Administration Laboratory in New York, New York,
23   at which time it was found by the DEA laboratory to consist
24   of approximately 496 grams of cocaine base.  Following the
25   chemical analysis, Exhibit No. 1 was returned to the
```

```
 1   evidence custodian at the Drug Enforcement Administration in
 2   Barnstable, Massachusetts.
 3           THE COURT:  So stipulated, Mr. LaChance?
 4           MR. LaCHANCE:  Yes, your Honor.
 5           THE COURT:  Mr. Apfel?
 6           MR. APFEL:  Yes, your Honor.
 7           THE COURT:  That's the stipulation.
 8           MS. POSWISTILO:  And I offer DEA Exhibit No. 1 into
 9   evidence as Exhibit -- as the next exhibit.
10           THE CLERK:  Eighteen.
11           THE COURT:  It may be received as Exhibit 18.
12           (Exhibit marked in evidence.)
13           THE COURT:  Now, I take it that Exhibit 18 is what
14   purports to be contraband material, drugs.  It's evidence.
15   You have every right to look at it.  My usual procedure is
16   not to send contraband material into the jury room.  So if
17   we don't -- it has nothing to do with this case.  That's my
18   procedure.  It's been my procedure for years and years.  I
19   just point that out so that, you'll get all the exhibits and
20   they'll all have the numbers and you won't get that one.  If
21   you want to look at that one, we'll just do it in the
22   courtroom and it will be passed among you and the like.  It
23   may be done during the trial or you may come back in the
24   courtroom and look at it whenever you want to.  It's just
25   I'm not sending it to the jury room.
```

# CERTIFICATE

I, Donald E. Womack, Official Court Reporter for the United States District Court for the District of Massachusetts, do hereby certify that the foregoing pages are a true and accurate transcription of my shorthand notes taken in the aforementioned matter to the best of my skill and ability.

---

DONALD E. WOMACK
Official Court Reporter
P.O. Box 51062
Boston, Massachusetts 02205-1062
womack@megatran.com