# EXHIBIT 6

```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

                                     Criminal No.
                                     04-10098-WGY

* * * * * * * * * * * * * * *  *
                                *
UNITED STATES OF AMERICA        *
                                *   TRANSCRIPT OF
v.                              *   THE EVIDENCE
                                *   and VOIR DIRE
CARMEN FIGUEROA and             *   OF THE JURORS
WILLIAM TEJEDA                  *      (Volume 4)
                                *
* * * * * * * * * * * * * * *  *


            BEFORE:  The Honorable William G. Young,
                     District Judge, and a Jury



APPEARANCES:

            SUSAN M. POSWISTILO and NANCY RUE,
     Assistant United States Attorneys, 1 Courthouse
     Way, Suite 9200, Boston, Massachusetts 02210, on
     behalf of the Government

            JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
     Suite 501, Framingham, Massachusetts 01702, on
     behalf of Carmen Figueroa

            GOODWIN PROCTER, LLP (By David J. Apfel,
     Esq. and Jennifer W. Fischesser, Esq.), Exchange
     Place, Boston, Massachusetts 02109-2881, on behalf
     of William Tejeda

                                     1 Courthouse Way
                                     Boston, Massachusetts

                                     May 9, 2005
```

```
 1   to the naked eye as if it's a powder?
 2   A   I don't know.  I don't specifically recall seeing crack
 3   cocaine in a form that I would describe as a powder.
 4   Usually crack breaks up, it comes into crumbs, and cocaine
 5   powder is much finer.
 6   Q   Is it possible to break down the crack even further so
 7   that it has the appearance at least of a powder?
 8   A   It may.
 9   Q   Are you able to tell the difference visually again
10   between cocaine base and crack cocaine?
11   A   No.  Crack cocaine is cocaine in it's freebase form.
12   That's exactly what it is.
13   Q   Are you aware of any differences between cocaine base
14   and crack cocaine?
15   A   I'm not                               know of any
16   difference.
17   Q   Let me                                on and see whether
18   you agree wi         13-14
19           I'l                               where the jurors can
20   see it and w.                             it as well.  I'm not
21   sure I can do
22           Is t      ....y.  Are you able to see this?
23           All right.  If I draw a big circle like this, we'll
24   call this cocaine.  All right?  Are you with me?
25   A   I am.
```

```
 1   Q    And would you agree that there is a subcategory of
 2   cocaine that is cocaine base?  Would you agree with that?
 3   A    I suppose.  Yes.
 4   Q    And would you further agree that there is a subcategory
 5   of cocaine base that is crack cocaine?
 6   A    I don't know.
 7   Q    You don't know.
 8        I mean, as far as you're concerned is crack cocaine
 9   a synonym, exactly the same thing in all instances as
10   cocaine base?
11   A    No, I'm not a chemist, but it's my opinion that crack
12   cocaine is cocaine in its freebase form.
13   Q    So, to the extent that in this drawing, this, if you
14   want to dignify it by calling it a drawing that I put up
15   here, where I have shown crack cocaine to be a subset or
16   subcategory of cocaine base, you're not familiar with that;
17   is that correct?
18        MS. POSWISTILO:  Objection.  Your Honor, he said
19   he's not a chemist.  This is going into the --
20        THE COURT:  The objection is sustained on that
21   ground.
22   Q    Based on your experience are you aware of any
23   distinctions at all between cocaine base and crack cocaine?
24        MS. POSWISTILO:  Asked and answered.
25        THE COURT:  Sustained on that ground.
```

**THE CLERK:** All rise for the jury.

(Whereupon the jury left the courtroom.)

(Adjournment.)

# C E R T I F I C A T E

I, Donald E. Womack, Official Court Reporter for the United States District Court for the District of Massachusetts, do hereby certify that the foregoing pages are a true and accurate transcription of my shorthand notes taken in the aforementioned matter to the best of my skill and ability.

---

DONALD E. WOMACK
Official Court Reporter
P.O. Box 51062
Boston, Massachusetts 02205-1062
womack@megatran.com