```
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2
                                        Criminal No.
 3                                      04-10098-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *    MOTION TO SUPPRESS
     UNITED STATES OF AMERICA       *        (Volume 2)
 6                                  *
     v.                             *    TRANSCRIPT OF
 7                                  *    PRELIMINARY
                                    *    JURY INSTRUCTIONS,
     CARMEN FIGUEROA and            *    OPENING STATEMENTS
 8   WILLIAM TEJEDA                 *    and THE EVIDENCE
                                    *        (Volume 2)
 9   * * * * * * * * * * * * * * * *

10

11

12
              BEFORE:  The Honorable William G. Young,
13                     District Judge, and a Jury

14

15

16   APPEARANCES:

17          SUSAN M. POSWISTILO and NANCY RUE,
        Assistant United States Attorneys, 1 Courthouse
18      Way, Suite 9200, Boston, Massachusetts 02210, on
        behalf of the Government
19
            JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
20      Suite 501, Framingham, Massachusetts 01702, on
        behalf of Carmen Figueroa
21
            GOODWIN PROCTER, LLP (By David J. Apfel,
22      Esq. and Jennifer W. Fischesser, Esq.), Exchange
        Place, Boston, Massachusetts 02109-2881, on behalf
23      of William Tejeda

24                                  1 Courthouse Way
                                    Boston, Massachusetts
25
                                    May 4, 2005
```

```
 1  master's degree in criminal justice from Anna Maria College.
 2  Q   And the police academy you said is 1989?
 3  A   Yes.
 4  Q   Did you obtain, or did you since 1989 have any other
 5  on-the-job training or training in police work?
 6  A   Sure.  I mean --
 7  Q   Can you describe generally what that training is?
 8  A   Well, we received basic police training, basic narcotics
 9  training in the academy.  Over the last six years I've
10  attended a multitude of training courses and seminars on
11  virtually every aspect associated with drug investigations,
12  to include criminal procedure, interviews and
13  interrogations, telecommunications exploitation, management,
14  undercover operations, narcotic task force operations,
15  search warrants, confidential informants, to name a few.
16  Q   You mentioned in one of your responses crack cocaine.
17  Do you know what crack cocaine is?
18  A   Yes.
19  Q   And what is it?
20  A   Well, crack cocaine in short is a cooked version of
21  powder cocaine or cocaine hydrochloride which is what powder
22  cocaine is.
23  Q   What do you mean by cooked version of powder cocaine?
24  A   Ah, to get crack cocaine you would take powder cocaine,
25  you would add baking soda and water to the powder cocaine.
```

```
 1  The baking soda will separate the hydrochloride from the
 2  cocaine and it leaves the cocaine base dissolved in the
 3  water.  You would then heat that water to the melting point
 4  of cocaine base, which then that base will turn into an oil.
 5  Once that oil cools it turns into a solid substance and that
 6  solid substance is crack cocaine.
 7  Q   Do you know how crack cocaine is used?
 8  A   Yes.
 9  Q   Can you describe to the jurors how it's used?
10  A   Sure.  Crack cocaine is really created as a different
11  route of ingestion.  It's a, crack is put into a pipe, it's
12  a solid substance, put into a pipe and smoked where, that's
13  the primary method of ingestion.  Powder cocaine would be
14  primarily snorted, occasionally injected.
15  Q   Have you yourself personally, have you yourself ever
16  seen crack cocaine?
17  A   Yes.
18  Q   And could you describe the circumstances upon which
19  you've seen it?
20  A   I've seen it more times than I could ever count.  I
21  mean, it's a very common occurrence in narcotics
22  investigations.  I've seen it from directing confidential
23  informants to buy it, to seizing it as a result of arrests.
24  I've been presented crack cocaine during training seminars.
25  I've been explained exactly what it is and how to make it by
```

```
 1   chemists during training, as well as drug traffickers that
 2   sell it.
 3   Q   What do you mean as well as drug traffickers?
 4   A   I mean, a routine part of my job is to interview drug
 5   dealers and drug users, something, it's like the basis of my
 6   job, one of the duties that we do most often.  In those
 7   interviews and conversations I've asked about it and been
 8   given that information.
 9   Q   Could you describe what cocaine powder looks like?
10   A   Sure.  It's, it's generally white to an off-white
11   substance.  It's just like I said, it's a powder, it's
12   granular.  It would be similar in appearance to baking soda
13   or flour.
14   Q   How about crack cocaine, what does that look like?
15   A   Crack is a solid substance as opposed to being granular.
16   The closest thing I can describe it as looking like maybe,
17   if you've ever seen hard wax that you would wax skis with or
18   you would wax a surfboard with, you would chip a piece off
19   of that, that would be similar to what crack looks like.
20   And the color varies from off-white to tan to brownish
21   color, generally.
22   Q   And what's the color of powder, generally?
23   A   Generally white, like baking soda or white to off-white.
24   Q   Now, sir, I would like you to focus your attention to
25   the year 2003.  And at that time where were you assigned?
```