```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Criminal No.
 3                                            04-10098-WGY

 4

     * * * * * * * * * * * * * * * * *
 5                                    *
     UNITED STATES OF AMERICA         *
 6                                    *   TRANSCRIPT OF
     v.                               *   THE EVIDENCE
 7                                    *   and VOIR DIRE
     CARMEN FIGUEROA and              *   OF THE JURORS
 8   WILLIAM TEJEDA                   *     (Volume 4)
                                      *
 9   * * * * * * * * * * * * * * * * *

10

11

12
                BEFORE:  The Honorable William G. Young,
13                       District Judge, and a Jury

14

15

16   APPEARANCES:

17        SUSAN M. POSWISTILO and NANCY RUE,
     Assistant United States Attorneys, 1 Courthouse
18   Way, Suite 9200, Boston, Massachusetts 02210, on
     behalf of the Government
19
          JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
20   Suite 501, Framingham, Massachusetts 01702, on
     behalf of Carmen Figueroa
21
          GOODWIN PROCTER, LLP (By David J. Apfel,
22   Esq. and Jennifer W. Fischesser, Esq.), Exchange
     Place, Boston, Massachusetts 02109-2881, on behalf
23   of William Tejeda

24                                    1 Courthouse Way
                                      Boston, Massachusetts
25
                                      May 9, 2005
```

```
 1   A    There's a woman at the table.
 2            MS. RUE:  Your Honor, I would like the record to
 3   reflect that Ms. Eldridge has identified William Tejeda.
 4            THE COURT:  It may.
 5            MS. RUE:  And the person sitting with him at the
 6   table is defense counsel.
 7            THE COURT:  Go ahead.
 8   Q    Ms. Eldridge, when you spoke with Manny on the telephone
 9   shortly after Danny's death, did you agree to go to New
10   York?
11   A    Yes, I did.
12   Q    What did you think you were agreeing to do?
13   A    I knew I was going out there to get drugs.
14   Q    Did you ultimately go?
15   A    Yes, I did.
16   Q    Did you understand what type of drugs you were getting?
17   A    Yes, I did.
18   Q    What were they?
19   A    Crack.
20   Q    You say you ultimately went.  When did you go?
21   A    It was probably like three weeks, a month tops, after
22   Danny's murder.
23   Q    Would that place it in January of 2003?
24   A    Yes.
25   Q    How did you come to travel to New York at that time?
```

1  Q   And can you describe that package, please?
2  A   It was roughly about like this big. It would be like
3  that thick in the middle. And it was wrapped in light brown
4  packaging tape.
5  Q   Ms. Eldridge, the court reporter is actually taking down
6  your testimony. Could you give us an estimated dimension or
7  compare it to something in the real world?
8  A   Ah, kind of like the bottom of this here. Maybe a
9  little bigger.
10 Q   Could you perhaps describe it in reference to a compact
11 disk, a CD?
12 A   Yes.
13 Q   Was it about the same dimension as a CD in terms of its
14 circumference?
15 A   A little bigger.
16 Q   A little bigger. And about how thick?
17 A   Ah, it could be -- it would be thicker in the middle,
18 like maybe up to like an inch thick maybe, thicker than
19 that.
20 Q   On that occasion, that first trip in January 2003, did
21 you actually see the money?
22 A   No.
23 Q   How was the money packaged?
24 A   In a black trash bag.
25 Q   And so, Carmen Figueroa, did Carmen Figueroa give you a