```
 1                   UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Criminal No.
 3                                        04-10098-WGY

 4

 5   * * * * * * * * * * * * * * * * *
                                     *
 6   UNITED STATES OF AMERICA        *
                                     *    TRANSCRIPT OF
 7   v.                              *    THE EVIDENCE
                                     *    (Volume 7)
 8   CARMEN FIGUEROA and             *
     WILLIAM TEJEDA                  *
 9                                   *
     * * * * * * * * * * * * * * * * *
10

11

12
              BEFORE:   The Honorable William G. Young,
13                      District Judge, and a Jury

14

15

16   APPEARANCES:

17        SUSAN M. POSWISTILO and NANCY RUE,
     Assistant United States Attorneys, 1 Courthouse
18   Way, Suite 9200, Boston, Massachusetts 02210, on
     behalf of the Government
19
          JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
20   Suite 501, Framingham, Massachusetts 01702, on
     behalf of Carmen Figueroa
21
          GOODWIN PROCTER, LLP (By David J. Apfel,
22   Esq. and Jennifer W. Fischesser, Esq.), Exchange
     Place, Boston, Massachusetts 02109-2881, on behalf
23   of William Tejeda

24                                     1 Courthouse Way
                                       Boston, Massachusetts
25
                                       May 12, 2005
```

1  Q   Let's talk about the repack -- or the drugs that would
2  be brought back to your house.  Again, describe what shape
3  the drugs were in?
4  A   When we got it, it was like in a round circle, kind of
5  like a disk.
6  Q   Was it a flat -- describe how the disk looked?
7  A   It could have been about a half an inch thick; it looked
8  like the bottom of a pan.
9  Q   And why do you say it looked like the bottom of a pan?
10 A   It had like brown circles that a bottom of a pan has
11 inside of it.
12 Q   Was the top part any different from the bottom part?
13 A   On the edges it was kind of round.
14 Q   What edges?
15 A   Like it would be flat about half an inch thick, but on
16 the edges of it, it would be like round.
17 Q   And how was it wrapped?
18 A   Ah, it would be put in a plastic bag and then with
19 Scotch tape wrapped around it.
20 Q   And was the Scotch tape clear Scotch tape?
21 A   Kind of like yellowish.
22 Q   And after you got the disks, what would you do?
23 A   I would open it up, break it into pieces and weigh it,
24 put it in baggies.
25 Q   Describe how you broke it into pieces?

```
 1   A   Sometimes I would have to hit it with something to break
 2       pieces off to weigh it to 28 grams.
 3   Q   When you broke pieces off, what did they look like?
 4   A   Sometimes it could come in chunks, little pieces.
 5   Q   Do you recall the colors of the drugs that you got?
 6   A   Sometimes it was yellow, sometimes it was like cream
 7       color.
 8   Q   Do you recall any instances when it was not yellow or
 9       cream colored?
10   A   There was a time where it was like grayish.
11   Q   Did you always break up these, these disks by yourself?
12   A   Ah, not all the time.
13   Q   Who helped you?
14   A   Sometimes Carmen did it.  Sometimes Chris did it.
15   Q   Anyone else?
16   A   No.
17   Q   And you said you weighed it into 28 grams?
18   A   Yes.
19   Q   And would each, each time you got back these disks, do
20       you recall approximately how many bags of 28 grams you would
21       get from each disk?
22   A   Could have ranged from like 33 to like 38.
23   Q   Let's talk about the second trip you made to New York.
24           How did that come about that you went a second
25       time?
```