```
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Criminal No.
 3                                        04-10098-WGY

 4

 5   * * * * * * * * * * * * * * * * *
                                     *
 6   UNITED STATES OF AMERICA        *
                                     *   TRANSCRIPT OF
     v.                              *   THE EVIDENCE
 7                                   *     (Volume 10)
     CARMEN FIGUEROA and             *
 8   WILLIAM TEJEDA                  *
                                     *
 9   * * * * * * * * * * * * * * * * *

10

11

12
            BEFORE:  The Honorable William G. Young,
13                          District Judge, and a Jury

14

15

16   APPEARANCES:

17          SUSAN M. POSWISTILO and NANCY RUE,
     Assistant United States Attorneys, 1 Courthouse
18   Way, Suite 9200, Boston, Massachusetts 02210, on
     behalf of the Government
19
            JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
20   Suite 501, Framingham, Massachusetts 01702, on
     behalf of Carmen Figueroa
21
            GOODWIN PROCTER, LLP (By David J. Apfel,
22   Esq. and Jennifer W. Fischesser, Esq.), Exchange
     Place, Boston, Massachusetts 02109-2881, on behalf
23   of William Tejeda

24                                    1 Courthouse Way
                                      Boston, Massachusetts
25
                                      May 17, 2005
```

```
 1    A    Yes.
 2    Q    How many courses did you take with that?
 3    A    Ah, about five or six classes.
 4    Q    And by being in nursing school and actually your
 5    education as a medical assistant you became familiar with
 6    the metric system, didn't you?
 7    A    Yes.
 8    Q    So you know that 1,000 grams is the equivalent of one
 9    kilogram?
10    A    Yes.
11    Q    And you know that 500 grams is a half a kilogram?
12    A    Yes.
13    Q    Now, when you would prepare for the trips to New York
14    you would package up money, right?
15    A    Yes.
16    Q    And how much money would you generally package up?
17    A    12,500.
18    Q    And that would buy approximately a half a kilogram of
19    crack cocaine, right?
20    A    Yes.
21    Q    And every time a trip was made to New York you would or
22    Chris Custer or Amanda Eldridge would bring back at least a
23    half a kilogram of cocaine, crack cocaine?
24    A    I didn't weigh it all the times so I don't know.
25    Q    All the times that you are aware and all the times you
```

1   packaged up money you packaged it up for approximately a
2   half a kilogram of crack cocaine?
3   A   Yes.
4   Q   And there were times when you actually brought back more
5   than a half a kilogram?
6   A   No.
7   Q   Other times that you were aware where others brought
8   back more than half a kilogram?
9   A   One time.
10  Q   That was September 2003?
11  A   I don't remember the time.
12  Q   Do you remember listening to the phone calls that were
13  played in court --
14  A   Yes.
15  Q   -- over the past week?
16  A   Yes.
17  Q   And you remember listening to a phone call where
18  Mr. Mendes is telling you to count out $36,000?
19  A   Yes.
20  Q   Well, he told you to make it 36 ones, right?
21  A   I believe so.
22  Q   And when he told you 36 ones that meant he was telling
23  you to count out 36 piles of bills, right?
24  A   Yes.
25  Q   And each pile of bills would contain a thousand dollars?

```
1    A    Yes.
2    Q    And you remember when Custer returned from that
3    emergency trip?
4    A    He went to Desiree's house.
5    Q    He didn't go to your house?
6    A    No.
7    Q    Do you remember that he brought back 1,500 grams of
8    crack cocaine?
9    A    I didn't weigh it.  I don't know.
10   Q    Well, let's -- do you have one of the transcript books
11   in front of you?  You don't.  Let me get you one.
12         THE COURT:  Here's one.
13   Q    Now, I'm putting in front of you the transcript book and
14   I'm -- there is one, I'm sorry.
15         THE COURT:  No, I gave her mine.
16         MS. POSWISTILO:  Oh, I'm sorry, your Honor.
17   Q    If you could flip to Tab 15.
18         MR. APFEL:  Which exhibit?
19         MS. POSWISTILO:  It's related to Exhibit 7 on the,
20   on the audio and it's Exhibit E in the transcript.
21         THE COURT:  Yes.  You may open your books.  We've
22   dealt with the transcripts before.  And if the witness is
23   going to deal with them you may follow along.  That's why
24   they're in your hands.
25         My only caution is they're not evidence, because
```

```
 1    someone else prepared this as supposedly what the tape
 2    shows.
 3  Q   And you're at Tab 15?
 4  A   Yes.
 5  Q   And the first part of that conversation, do you remember
 6    Manny Mendes saying to you:  As soon as he gets there put
 7    them in 15 ones, you hear me?  And you responded:  Are you
 8    serious?
 9  A   Yes.
10  Q   And then you asked:  Aren't they going to Desiree's like
11    normal?  And Mr. Mendes said:  No, the car's there.
12        Do you remember that?
13  A   Yes.
14  Q   Okay.  And now do you remember that Mr. Custer brought
15    over the crack cocaine on September 10th to your house?
16  A   I'm sorry, yes.  I thought it was another day.  Sorry.
17  Q   Okay.  All right.  So when he told, when Manny Mendes
18    told you to put it in 15 ones he was in fact telling you to
19    make 15 packages of the crack cocaine and each package was
20    supposed to be 100 grams of crack; is that right?
21  A   Can you repeat that again?
22  Q   Well, let me break it down.
23        When he told you to put them in 15 ones he was
24    telling you to make 15 packages of crack, right?
25  A   I don't remember.
```