UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v.<br><br>CARMEN FIGUEROA and<br>WILLIAM TEJEDA,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)  Crim. No. 04-10098-WGY<br>)<br>)<br>)<br>)<br>) |

## ASSENTED TO MOTION OF WILLIAM TEJEDA
## FOR LEAVE TO FILE A REPLY MEMORANDUM

Defendant William Tejeda hereby moves, with the assent of the government, for leave to file a reply memorandum in response to the government's opposition to his Motion to Preclude Application of Enhanced Guidelines Penalties for Crack. Mr. Tejeda believes that a short reply will be helpful to the Court's consideration of Mr. Tejeda's underlying motion. The reply memorandum Mr. Tejeda seeks to have the court consider is being filed simultaneously herewith. The government has assented to this motion for leave.

Respectfully submitted,

WILLIAM TEJEDA,

By his attorneys,

**/s/ David J. Apfel**

David J. Apfel (BBO # 551139)
Jennifer L. Chunias (BBO # 644980)
William J. Trach (BBO # 661401)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617-570-1000
dapfel@goodwinprocter.com

Dated January 20, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I herby certify that the parties' counsel have conferred in a good faith effort to narrow or resolve the areas of dispute regarding the issues raised in this motion. The government, through AUSA Susan Poswistilo assented to the filing of this motion for leave to file a reply memorandum.

/s/ William J. Trach
William J. Trach

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 20, 2006.

/s/ William J. Trach
William J. Trach

LIBA/1667359.1