# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Crim. No. 04-10098-WGY<br>MANUEL MENDES, )<br>CHRISTOPHER CUSTER, )<br>CARMEN FIGUEROA, )<br>DESIREE ALVES, )<br>WILLIAM TEJEDA, and )<br>JENNIFER PAVAO, )<br>)<br>        Defendants. )<br>) | |

### NOTICE OF MANUAL FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court:

1. Tab A of the Sentencing Memorandum of Defendant William Tejeda.

The original documents are maintained in the case file in the Clerk's Office.

Respectfully submitted,

WILLIAM TEJEDA,

By his attorneys,

/s/ **David J. Apfel**

David J. Apfel (BBO # 551139)
Jennifer L. Chunias (BBO # 644980)
Jennifer Fischesser (BBO # 651480
William J. Trach (BBO # 661401)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
Dated: March 29, 2006                617-570-1000

LIBA/1687257.1