# EXHIBIT B

Representative Post-Booker "Crack" Cases In Which Defendants Received Below-Guidelines Sentences, Without Government Support (i.e., Without section 5K1.1 Motions)

| Case Name | Crime of Conviction | Criminal History Category | Guideline Range | Sentence |
|---|---|---|---|---|
| *Simon v. US* 361 F. Supp. 2d 35 (E.D.N.Y 2005) | Conspiracy to distribute 660 g of crack; use of a firearm in connection with a drug trafficking offense | III | 324-405 | 262 months |
| *US v. Avilez* 2005 WL 1660621 (E.D.N.Y. July 12, 2005) | Conspiracy to possess with intent to distribute greater that 50 g cocaine base | I | 46-57 | Probation; one year of community confinement |
| *US v. Beamon* 373 F. Supp. 2d 878 (E.D. Wisc. 2005) | Distribution of between 50 and 150 g crack; felon in possession of a firearm | III | 63-78 | 51 months |
| *US v. Carjaval* 2005 WL 476125 (S.D.N.Y. Feb. 22, 2005) | Conspiracy to distribute crack | VI Career Offender | 262-327 | 168 months |
| *US v. Castillo* 2005 WL 1214280 (S.D.N.Y. May 20, 2005) | Conspiracy to distribute narcotics; possession with intent to distribute greater than 1.5 kg crack and 5 kg cocaine | I | 135-168 | 87 months |
| *US v. Clay* 2005 WL 1076243 (E.D.Tenn. May 6, 2005) | Conspiracy to distribute 496 g of crack | V | 235-293 | 156 months |
| *US v. Cook* 2005 WL 3447866 (E.D. Mich. Dec. 15, 2005) | Possession with intent to distribute 18.5 g crack cocaine; felon in possession of a firearm | III | 121-151 | 120 months |
| *US v. Davis* 2006 WL 389863 (E.D.Tenn. Feb. 17, 2006) | Conspiracy to distribute greater than 50 g of cocaine base and 5 kg of cocaine | II | 324-405 | 240 months (mandatory minimum) |
| *US v. Fisher* 2005 WL 2542916 (S.D.N.Y. Oct. 11, 2005) | Conspiracy to distribute greater than 1.5 kg crack; use of a firearm in connection with a drug trafficking offense | I | 235-293 (plus mandatory 60 months for firearm offense | 151 months (plus mandatory 60 months for firearm offense) |

Representative Post-Booker "Crack" Cases In Which Defendants Received Below-Guidelines Sentences, Without Government Support (i.e., Without section 5K1.1 Motions)

| Case Name | Crime of Conviction | Criminal History Category | Guideline Range | Sentence |
|---|---|---|---|---|
| US v. Hamilton Case No. 6:05-cr-157-Orl-31JGG (M.D. Fla. March 16, 2006) | Possession with intent to distribute greater than 50 g of cocaine base | I | 70-87 | 36 months |
| US v. Harris Crim. No. 04-0157 (JR) (D.D.C. Mar. 3, 2005) | Possession with intent to distribute greater than 5 g of crack | VI Career offender | 120-150 | 98 months |
| US v. Hubbard 369 F.Supp.2d 146 (D. Mass. 2005) | Possession with intent to distribute greater than 50 g of cocaine base | VI Career Offender | 188-235 | 108 months |
| US v. Leroy 373 F. Supp. 2d 887 (E.D. Wisc. 2005) | Distribution of 14.88 g crack and 31 g cocaine | VI | 100-125 | 70 months |
| US v. Murray 2005 WL 1200185 (S.D.N.Y. May 20, 2005) | Conspiracy to distribute more than 50 g of crack | I | 235-293 | 120 months |
| US v. Nellum 2005 WL 300073 (N.D. Ind. Feb. 3, 2005) | Distribution of greater than 204 g of cocaine base; enhancement for possession of a dangerous weapon | III | 168-210 | 108 months |
| US v. Perry No. 04-089S (D.R.I. Sept. 20, 2005) | Possession with intent to distribute cocaine base within 1000 feet of a school | III | 188-235 | 120 months |
| US v. Person 377 F.Supp.2d 308 (D. Mass. 2005) | Possession with intent to distribute cocaine base | VI Career Offender | 262-327 | 84 months |
| US v. Roundtree Crim. No. 04-0157 (JR) (D.D.C. Mar. 3, 2005) | Possession with intent to distribute greater than 5 g of crack | II | 70-87 | 60 months |

Representative Post-Booker "Crack" Cases In Which Defendants Received Below-Guidelines Sentences, Without Government Support (i.e., Without section 5K1.1 Motions)

| Case Name | Crime of Conviction | Criminal History Category | Guideline Range | Sentence |
|---|---|---|---|---|
| US v. Smith 359 F. Supp. 2d 771 (E.D. Wisc. 2005) | Possession with intent to distribute 69.99 g crack and 653.19 g cocaine; adjustment for possession of dangerous weapon in connection with a drug trafficking offense | II | 121-151 | 18 months |
| US v. Stukes 2005 WL 2560244 (S.D.N.Y. Oct. 12, 2005) | Distribution of 2.7 g crack cocaine; felon in possession of a firearm | III | 46-57 months (plus mandatory 60 months for firearm offense) | 33 months (plus mandatory 60 months for firearm offense) |
| US v. Thomas 360 F.Supp.2d 238 (D. Mass. 2005) | Possession with intent to distribute greater than 5 g of cocaine base | VI Career Offender | 360-life | 262 months |
| US v. Williams 372 F.Supp.2d 1335 (M.D. Fla. 2005) | Distribution of 34.8 g of crack | VI Career offender | 360-life | 204 months |
| US v. Williams 435 F.3d 1350 (11th Cir. 2006) | Possession with intent to distribute greater than 5 g of crack | VI Career offender | 188-235 | 90 months |