```
 1              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
 2
                                         Criminal No.
 3                                       04-10098-WGY

 4

 5

 6   * * * * * * * * * * * * * * * *
                                    *
 7   UNITED STATES OF AMERICA       *
                                    *
 8   v.                             *   SENTENCING EXCERPT
                                    *
 9   WILLIAM TEJADA                 *
                                    *
10   * * * * * * * * * * * * * * * *

11

12            BEFORE:  The Honorable William G. Young,
                              District Judge
13

14

15

16

17

18

19

20

21

22

23

24                                       1 Courthouse Way
                                         Boston, Massachusetts
25
                                         March 30, 2006
```

1      **THE COURT:**  Very well.

2      Mr. William Tejada, pursuant to the provisions of

3  18 United States Code, Section 3553, the information from

4  the United States Attorney, the probation office and your

5  attorney, this Court sentences you to 20 years in the

6  custody of the United States Attorney General.

7      The Court credits you toward that sentence with 359

8  days already served in custody.  The Court recommends that

9  you serve that sentence at the correctional institution at

10 Fort Dix, and failing that at the correctional institution

11 at Otisville.

12     The Court recommends that you be transferred as

13 soon as possible from Plymouth to the place of federal

14 incarceration.

15     The Court imposes upon you a period of supervised

16 release of five years.  During the period of supervised

17 release you shall comply with all the standard conditions.

18 You shall submit to the collection of a DNA sample,

19 prohibited from possessing a firearm or other dangerous

20 weapon, and to participate in a program for substance abuse

21 which program may include testing not to exceed 104 drug

22 tests per year.

23     The Court imposes no fine on you due to your

24 inability to pay a fine.  The Court imposes the mandatory

25 $100 special assessment.

1                Let me explain this sentence to you, sir.  You are
2     the supplier in a massive drug distribution ring of crack
3     cocaine.  Your able attorney argues on your behalf that
4     there is no body in this case.  Well, there may be no one
5     identified as murdered, but there are bodies.  Plenty of
6     bodies.  Because crack cocaine is one of the most addictive,
7     dangerous substances known to our society.  There are
8     mothers who sell themselves because they're addicted to
9     crack.  There are children who are paralyzed and stunted
10    because their parents are addicted to crack.  And it is for
11    those reasons that the congress of the United States has
12    passed the penalties that it has.  This is a just and
13    appropriate sentence incurring both general and specific
14    deterrence.
15               But your attorney is right to this extent.  This
16    sentence does not take into account rehabilitation.  That's
17    not quite right.  It takes it into account, but it does not
18    emphasize rehabilitation due to the nature of the offense.
19               And as has been the case in other circumstances,
20    your family circumstances, while tragic, are caused by you,
21    sir.  You were not vulnerable.  No one was twisting your
22    arm.  This is a just and a fair sentence.  He's committed to
23    the custody of the marshals.
24               You have a right to appeal, Mr. Tejada, and should
25    you appeal and should your appeal be successful in whole or

```
 1   in part and you come on for resentencing, resentencing will
 2   be before another judge.
 3           I don't know that this is necessary in this case,
 4   but I'm now following the practice, should you appeal, I
 5   want the order for transcript prior to the notice of appeal,
 6   Mr. Apfel, to make the transcript production smooth and
 7   prompt.
 8           Do you understand?
 9           **MR. APFEL:**  I understand.
10           **THE COURT:**  That's the order of the Court.  We have
11   a civil matter to deal with in the lobby and we will do
12   that.
13           We'll recess.  And the students may come back.
14           **THE CLERK:**  All rise.  Court is in recess.
15           (Whereupon the matter concluded.)
16
17
18
19
20
21
22
23
24
25
```