```
                  UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS

                                            Criminal No.
                                            04-10098-WGY

   * * * * * * * * * * * * * * * *
                                  *
   UNITED STATES OF AMERICA       *
                                  *
   v.                             *   DISPOSITION
                                  *
   WILLIAM TEJEDA                 *
                                  *
   * * * * * * * * * * * * * * * *


             BEFORE:  The Honorable William G. Young,
                         District Judge


   APPEARANCES:

             SUSAN M. POSWISTILO, Assistant United
      States Attorney, 1 Courthouse Way, Suite 9200,
      Boston, Massachusetts 02210, on behalf of the
      Government

             GOODWIN PROCTER, LLP (By David J. Apfel,
      Esq., Jennifer W. Fishcesser, Esq., Jennifer L.
      Chunias, Esq. and William J. Trach, Esq.),
      Exchange Place, Boston, Massachusetts 02109-2881,
      on behalf of William Tejeda




                                        1 Courthouse Way
                                        Boston, Massachusetts

                                        March 30, 2006
```