UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MANUEL MENDES,<br>CHRISTOPHER CUSTER,<br>CARMEN FIGUEROA,<br>DESIREE ALVES,<br>WILLIAM TEJEDA and<br>JENNIFER PAVAO,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)  Crim. No. 04-10098-WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT WILLIAM TEJEDA'S MOTION FOR FUNDS FOR TRANSCRIPTS

Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, defendant William Tejeda hereby moves that this Court authorize the expenditure of such funds as may be required to obtain a transcript of his sentencing hearing in the above-captioned case, as well as transcripts of the sentencing hearings of all of his co-defendants. In support of this Motion, Mr. Tejeda states:

      1.     Mr. Tejeda was charged in a superseding indictment with one count of conspiracy to possess, with the intent to distribute, cocaine base. He and co-defendant Carmen Figueroa were tried and convicted on this charge. Co-defendants Manuel Mendes, Jennifer Pavao, Christopher Custer and Desiree Alves pled guilty to the charge in the superseding indictment.

      2.     Mr. Tejeda's trial began on May 4, 2005 and concluded on May 20, 2005. The hearing on Mr. Tejeda's pre-trial suppression motions began on May 3, 2005 and was continued on May 4 and May 10, 2005.

3. Mr. Tejeda has already obtained the trial transcript as well as the transcript of the hearing on his pre-trial suppression motions.

4. Mr. Tejeda was sentenced on March 30, 2006. Co-defendant Custer was sentenced on March 28, 2006. Co-defendant Alves was sentenced on March 29, 2006. Co-defendant Mendes is scheduled to be sentenced on April 4, 2006. Co-defendants Pavao and Figueroa are scheduled to be sentenced on May 1, 2006.

5. The sentencing transcripts are necessary for Mr. Tejeda to prepare his appeal to the First Circuit Court of Appeals.

WHEREFORE, Mr. Tejeda respectfully requests that the Court authorize the expenditure of such funds as may be required to enable him to obtain a transcript of his sentencing hearing as well as transcripts of the sentencing hearings of all of his co-defendants.

Respectfully Submitted,

WILLIAM TEJEDA

By his attorneys,

**/s/ David J. Apfel**
David J. Apfel (BBO # 551139)
Jennifer L. Chunias (BBO # 644980)
Jennifer Fischesser (BBO # 651480)
William J. Trach (BBO # 661401)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617-570-1000
dapfel@goodwinprocter.com

Dated: April 4, 2006

2

## CERTIFICATE OF SERVICE

   I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). In addition, paper copies will be sent via first class mail on April 4, 2006 to those indicated as non-registered participants.

                 /s/ David J. Apfel

LIBA/1688143.1