UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Crim. No. 04-10098-WGY<br>MANUEL MENDES, )<br>CHRISTOPHER CUSTER, )<br>CARMEN FIGUEROA, )<br>DESIREE ALVES, )<br>WILLIAM TEJEDA, and )<br>JENNIFER PAVAO, )<br>)<br>          Defendants. )<br>) | |

## NOTICE OF APPEAL OF DEFENDANT WILLIAM TEJEDA

Notice is hereby given that in connection with the above-captioned matter defendant William Tejeda appeals to the United States Court of Appeals for the First Circuit from: (i) All decisions, rulings, and orders of the district court before, during, and after trial that were in any way adverse to Mr. Tejeda; (ii) the sentence imposed on Mr. Tejeda by the district court on March 30, 2006; and (iii) the Judgment entered on the docket on March 31, 2006.

Respectfully submitted,

WILLIAM TEJEDA,

By his attorneys,

**/s/ David J. Apfel**

David J. Apfel (BBO # 551139)
Jennifer L. Chunias (BBO # 644980)
Jennifer Fischesser (BBO # 651480
William J. Trach (BBO # 661401)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
Dated: April 6, 2006          617-570-1000

LIBA/1688847.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, and all attachments, has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). In addition, paper copies will be sent via first class mail on April 6, 2006 to those indicated as non-registered participants.

                                              **/s/ David J. Apfel**
                                              David J. Apfel