William Tejeda<br>
Reg. #52145-054<br>
FEDERAL CORRECTIONAL INSTITUTION<br>
P.O Box 2000-UNIT 5711<br>
FORT DIX, N.J 08640

FILED
CLERKS OFFICE

2006 SEP -7 P 2:07

DISTRICT COURT
DIST OF MASS

AUGUST 17, 2006

David J. Apfel, Esq.
GOODWIN PROCTER
Counselors at LAW
EXCHANGE Place
BOSTON, MA. 02109

                RE: **U.S v TEJEDA**
                Case # _WGY 04-100-97_

Dear Mr. Apfel:

As we both are aware the JURY TRIAL was lost, and because of said verdict petitioner assumes a DIRECT APPEAL has been pursued, being there were many flaws in the judicial process against petitoner.
Because of the previously mentioned reason, petitioner respectfully asks to be provided with all documentation, both pre and post trial, necessary for the further litigation of the present case (e.g, INDICTMENT, CRIMINAL COMPLAINT, SENTENCING and TRIAL transcripts, and any other additional Hearing transcripts), since petitioner's objective is to personally investigate and depict the flaws involved. A copy of the GRAND JURY transcripts are also essential for the purpose expressed.
Furthermore, petitioner would like to be informed as to the current status in the development of the case at hand. Your consideration in this matter is appreciated.

                                            Attentively,

                                            _William Tejeda_

**Cc:** FILE/COURT