# United States Court of Appeals
## For the First Circuit



**MANDATE**

No. 06-1824

04-10098
USDC/MA
Young, J

UNITED STATES OF AMERICA,

Appellee,

v.

WILLIAM TEJEDA,

Defendant, Appellant.

---

**JUDGMENT**

Entered: April 3, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: William Tejeda's conviction and sentence are affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 5/1/07

By the Court:

RICHARD CUSHING DONOVAN
_____
Richard Cushing Donovan, Clerk

[cc: Ms. Poswistilo, Ms. Rue, Ms. Chaitowitz, Mr. Apfel, Ms. Chunias, Ms. Fischesser, Mr. Trach, Ms. Zachs, Mr. Smith, Ms. Kelley, & Mr. Shaughnessy.]