# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

WILLIAM TEJADA

v.    **APPEARANCE**

UNITED STATES OF AMERICA

Case Number:    04-CR-10098-WGY

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    the United States of America.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| December 20, 2007 | /s/ Nathaniel R. Mendell |
| Date | Signature |
| | Nathaniel R. Mendell    645283 |
| | Print Name    Bar Number |
| | One Courthouse Way, Suite 9200 |
| | Address |
| | Boston    MA    02210 |
| | City    State    Zip Code |
| | 617-748-3304    617-748-3358 |
| | Phone Number    Fax Number |