UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
Willian Tejada,            :
        Petitioner,        :
                           :
                           :
                           :
v.                         :        Criminal Case No:
                           :        04-10098(WGY)
                           :
                           :
United States of America,  :
        Respondent.        :
```

PETITIONER MOTION FOR MODIFICATION OF SENTENCE
PURSUANT TO TITLE 18 U.S.C. 3582(c)(2), AND 28 U.S.C. 994(o).

---

COMES NOW, Petitioner, William Tejada, Pro-se, from the Federal Bureau of Prisons, Fort Dix, New Jersey, respectfully requesting this Honorable Court to modify Petitioner sentence pursuant to Title 18 U.S.C. 3582(c)(2), and 28 U.S.C. 994(o). Petitioner William Tejada thereof states the alleges:

JURISDICTION

Section 3582(c)(2), of Title 18, United States Code Provides: [I]n the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o), upon motion of the defendant or the Director of the Federal Bureau of Prisons, or on it's own motion, the court may reduce the term of imprisonment, after considering the factors set forth in Section 3553(a), the extent that they are applicable if such a reduction is consistent with applicable

policy statements issued by the Sentencing Commission.

This court has jurisdiction to entertain this motion, as it is the court of conviction and sentencing, pursuant to Title 18 U.S.C. 3582(c)(2), and 1B1.10, of the United States Sentencing Guidelines.

STATEMENT OF CASE

On or about April 20, 2005, Petitioner, William Tejada, was charged with Conspiracy to Possess with the Intent to Distribute, 50 Grams or more of Cocaine Base, in violation of Title 21 U.S.C. 841 and 846.

On or about May 20, 2005, after a jury trial, Petitioner, William Tejada was found guilty.

On or about March 30, 2006, Petitioner William Tejada was sentenced to 20 years in prison.

ISSUE

> PETITIONER WILLIAM TEJADA QUALIFY FOR TWO LEVELS SENTENCING REDUCTION PURSUANT TO U.S.S.G. 1B1.10, AMENDMENT (9).

FACTS

Petitioner William, was indicted for Conspiracy to Possess with the Intent to Distribute 50 Grams or more of Cocaine Base, in violation of 21 U.S.C. 841 and 846, which carries a mandatory sentence of 10 years of imprisonment. The court used by a preponderance of evidence which was introduced by the government and sentenced Petitioner William Tejada to 20 years, of imprisonment which exceeded the mandatory sentence of 10 years.

ARGUMENT

      Pursuant to Amendment (9), and 1B1.10, of the United States Sentencing Guidelines, the court is authorized to reduce a defendant sentence by two levels as stated in Title 18 U.S.C. 3582(c)(2), after considering the factors set forth in Section 3553(a).

      Petitioner William Tejada, qualify for two levels sentencing reduction pursuant to amendment (9), and 1B1.10, of the United States Sentencing Guidelines, which may now apply re-troactive.

CONCLUSION

      Wherefore, Petitioner William Tejada, respectfully requesting this Honorable Court to grant his motion.

                        Respectfully Submitted,

                        *William Tejada*
                        William Tejada, Pro-se
                        Register No. 52145-054
                        FEDERAL CORRECTIONAL INSTITUTION
                        Post Office Box 2000(East)
                        Fort Dix, New Jersey 08640

Dated: 12/17/07

CERTIFICATE OF SERVICE

I, William Tejada, duly sworn that Petitioner motion for modification of sentence pursuant to 18 U.S.C. 3582(c)(2), and 28 U.S.C. 994(o), was sent to the following:

Three copies to : United States District Court
                      FOR THE DISTRICT OF MASSACHUSETTS
                      One Courthouse Way
                      Boston, Massachusetts   02110

                      Att: Office of the Clerks

One Copy to   : United States Attorney's Office
                      FOR THE DISTRICT OF MASSACHUSETTS
                      One Courthouse Way
                      Boston, Massachusetts   02110

Respectfully Submitted,

*William Tejada* (signature)

William Tejada, Pro-se
Register No. 52145-054
FEDERAL CORRECTIONAL INSTITUTION
Post Office Box 2000(East)
Fort Dix, New Jersey   08640

Dated: 12/17/07