# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA )
)
v. )
) CRIMINAL ACTION No. 04-10098-WGY
CARMEN FIGUEROA and )
WILLIAM TEJEDA, )
Defendants.)

JURY VERDICT

We find Carmen Figueroa

_____ not guilty

\_\_✓\_\_ guilty of conspiracy to possess with intent to distribute

                                               _____ of cocaine base.
                  more than 1.5k \_\_\_✓\_\_\_ of cocaine base.
at least 500g but less than 1.5k _____ of cocaine base.
at least 150g but less than 500g _____ of cocaine base.
at least 50g but less than 150g _____ of cocaine base.

We find William Tejeda

_____ not guilty

\_\_✓\_\_ guilty of conspiracy to possess with intent to distribute

                                               _____ of cocaine base.
                  more than 1.5k \_\_\_✓\_\_\_ of cocaine base.
at least 500g but less than 1.5k _____ of cocaine base.
at least 150g but less than 500g _____ of cocaine base.
at least 50g but less than 150g _____ of cocaine base.

                                                         _[signature]_
                                                                   Forelady

Date: \_\_\_5-19-2005\_\_\_