# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 04-10098-WGY |
| WILLIAM TEJEDA, | ) ) | |
| Defendant. | ) ) ) | |

## **DECLARATION OF JENNIFER W. FISCHESSER**

1. I am an associate at the firm of Goodwin Procter LLP at Exchange Place in Boston, Massachusetts, and am co-counsel for the defendant William Tejeda ("Mr. Tejeda") in this matter. This Declaration is submitted in support of Mr. Tejeda's Reply to Government's Opposition to *Pro Se* Motion for Modification of Sentence filed concurrently herewith.

2. On January 28, 2008 I had a telephone conversation with Case Manager Patel at FCI Fort Dix in Fort Dix, New Jersey, where Mr. Tejeda is incarcerated. Mr. Patel is Mr. Tejeda's Case Manager.

3. Mr. Patel informed me that Mr. Tejeda has not been in any trouble at Fort Dix and has received no incident reports.

4. Mr. Patel also informed me that Mr. Tejeda is now working as a member of the "Unit Corps." He said this is a desirable job because it pays more than other positions. He told me that Unit Corps employees must take a test and be selected for the job.

5. Additionally, I had a telephone conversation on January 31, 2008 with Carmen Rosario, Mr. Tejeda's common law wife and the mother of two of his children, William and Winnie. I spoke first with Ms. Rosario and then with her daughter, Marilyn, who sometimes serves as her mother's translator.

6. Marilyn informed me that Mr. Tejeda received his GED while at Fort Dix, and he is currently taking a data entry class involving chemical patents.

7. She also told me that Mr. Tejeda calls Carmen, Marilyn, William and Winnie every day. They visit him in prison once a week. Other family members visit

      William as well, including William's brother, aunts, uncles, grandmother and sister-in-law. Marilyn also said that William writes them often, and sends cards and small gifts on birthdays and holidays, including bracelets that he makes in a beading class he is taking.

8. Marilyn also informed me that Mr. Tejeda has remained in touch with his daughter Giselle who lives in Orlando, Florida, and that he writes to her often. When Giselle was visiting over the holidays, Carmen took her to see Mr. Tejeda in prison.

Signed under penalties of perjury this 1st day of February, 2008.

                                                      /s/ Jennifer W. Fischesser