# EXHIBIT D

# Certificate of Completion

Let it be known that

## William (Tenacious) Tejeda

has successfully completed

the FCI Fort Dix Save Our Youth Program

"Generation X The Last Calvery"

_T. Simms, Correctional Counselor_

_R. Hood, Correctional Counselor_

July 17, 2007



Certificate of Completion

awarded to:

William Tejada

For the Successful Completion of the
FCI Ft. Dix
Spanish Parenting Program (20 Hrs.)

M. Smith, Education Specialist

J. Tenor, ASOE

October 3, 2007

# Certificate of Achievement

awarded to:

## William Tejada

Congratulations on the completion of the Nutrition Class at FCI Fort Dix, New Jersey

_____
Signed

December 15th, 2006
_____
Date



Certificate of Completion

FCI Fort Dix

This certificate is awarded to

William Tejada

for successfully completing the A.C.E. Program

Small Business Management

J.M. Tenor, A.S.O.E

December 2007

# Certificate of Training

awarded to:

## William Tejada

Congratulations on the completion CPR Training received at FCI Fort Dix, New Jersey


_Signed_



December 06, 2006
_Date_

# Certificate of Achievement

awarded to:

## William Tejada

Congratulations on the completion of the Sweating With Rhythm Class at FCI Fort Dix, New Jersey

_____
Signed

December 15th, 2006
_____
Date