# EXHIBIT E

```
 1                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Criminal No.
 3                                            05-10001-WGY

 4

 5

 6    * * * * * * * * * * * * * * * *
                                     *
 7    UNITED STATES OF AMERICA       *
                                     *
 8    v.                             *   RESENTENCING EXCERPT
                                     *
 9    GREGORY WRIGHT                 *
                                     *
10    * * * * * * * * * * * * * * * *

11

12            BEFORE:  The Honorable William G. Young,
                              District Judge
13

14

15

16

17

18

19

20

21

22

23
                                           1 Courthouse Way
24                                         Boston, Massachusetts

25                                         December 6, 2007
```

1          **THE COURT:**  Mr. Gregory Wright, in consideration of
2    the factors under 18 United States Code, Section 3553(a),
3    the information from the United States Attorney, the
4    probation officer, your attorney and yourself, this Court
5    sentences you to 60 months in the custody of the United
6    States Attorney General.  The 70 month prior sentence is
7    vacated and you are sentenced to 60 months.  In all other
8    respects the sentence is exactly the same.  I make no change
9    in the sentence.
10          You will have credit toward the service of that
11   sentence from the day I originally credited you when I
12   imposed 70 months.
13          Let me explain that sentence.  I take time before I
14   impose a sentence and I listen hard to everyone who gets to
15   speak, and I thought individually and legally the 70-month
16   sentence was appropriate.  And your lawyer has again
17   appropriately argued that the only thing different is what
18   you've done since I imposed that sentence.  And it's for
19   that reason that I'm knocking ten months off.  That reason
20   and that reason alone.  And the most powerful recommendation
21   for my doing that is the undeniable fact that when you got a
22   70-month sentence and were sent away for 70 months, you
23   threw yourself into these programs without any suggestion or
24   knowledge that you would have another chance to stand before
25   the Court and be resentenced.  That in my mind is powerful.

```
 1    You weren't doing any of that for me or to persuade me.  You
 2    were doing it for yourself.  And what you just said further
 3    convinces me that you are doing these things for yourself
 4    and through your efforts for your family.  And you can do
 5    nothing better than that.
 6          And so possessed of all the information that's
 7    before me today, but frankly reconsidering, which usually I
 8    and other judges don't get to do, because we lose our right
 9    to tinker with a sentence five days after we've imposed it,
10    your situation is unique.  It's borne out of the fact that I
11    made a mistake in my reasoning.  The fact that I made the
12    mistake normally should not get you in any better situation.
13    Courts are human.  That's why we have appellate courts.  And
14    so I did not come on the bench, nor do I alter this sentence
15    out of some acknowledgment that I made a mistake.  I'm the
16    first one to acknowledge I made a mistake, but it doesn't
17    change anything with respect to what you did.  You did the
18    crime.  You knew exactly what you were doing.
19          Nevertheless, because you show this compelling
20    evidence of turning your life around, I'm satisfied that a
21    five year sentence -- that's not an insignificant
22    sentence -- is appropriate in your circumstance.
23          You and the government have the right to appeal
24    from any findings or rulings I've made against you.  Should
25    you appeal and should your appeal be successful in whole or
```

```
 1   in part and the case remanded for resentencing, you'll be
 2   resentenced before another judge, unless of course the First
 3   Circuit orders that you be resentenced before me.
 4           Should an appeal be decided upon, and I'll speak to
 5   both of you, order your transcript from Mr. Womack before
 6   you file your notice of appeal because I'll turn it around
 7   right away.
 8           Do you understand, Ms. Pellegrini?
 9           MS. PELLEGRINI:  Yes, I do, your Honor.
10           THE COURT:  Do you understand, Mr. Rankin?
11           MR. RANKIN:  Yes, your Honor.
12           THE COURT:  That's the sentence of the Court.
13   We'll recess.
14           MR. RANKIN:  Thank you, your Honor.
15           THE DEFENDANT:  Thank you, your Honor.
16           THE CLERK:  All rise.  Court is in recess.
17           (Whereupon the matter concluded.)
18
19
20
21
22
23
24
25
```