UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Crim. No. 04-10098-WGY<br>WILLIAM TEJEDA, )<br>)<br>Defendant. )<br>) | |

## CERTIFICATE OF SERVICE

I hereby certify that the Reply of William Tejeda to Government's Opposition to *Pro Se* Motion for Modification of Sentence, along with the accompanying exhibits, was filed through the ECF system on February 1, 2008 and has been sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). There were no non-registered participants identified on the NEF.

                                                  **/s/ David J. Apfel**

Dated: February 1, 2008