AO 243 (Rev. 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District of Massachusetts |
|---|---|
| Name of Movant: William Tejeda | Prisoner No. 52145-054    Case No. 04-10098-NGY |
| Place of Confinement: Federal Correctional Institution P.O. Box 2000 Fort Dix, NJ 08640 | |

UNITED STATES OF AMERICA    v.    William Tejeda
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack ___United States District Court for the District of Massachusetts___

2. Date of judgment of conviction ___May , 2005___

3. Length of sentence ___240 months___

4. Nature of offense involved (all counts) ___Violation of 21 U.S.C., §841 and 846.___

5. What was your plea? (Check one)
   (a) Not guilty        ☒
   (b) Guilty            ☐
   (c) Nolo contendere   ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   ___Not Applicable (NA)___

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury          ☒
   (b) Judge only    ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

*[Handwritten note by judge:]* April 2, 2008. This petition is dismissed sua sponte as frivolous. Petitioner had (and has) expert representation throughout. He has suffered no prejudice whatsoever from any of the matters he raised herein. This ruling is without prejudice to petitioner's separate application for reduction in sentence due to the retroactive change in the crack cocaine guidelines — a matter that remains pending.

William A. Young
District Judge

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __United States Court of Appeals for the Second Circuit__

   (b) Result __Judgment of the district court affirmed__

   (c) Date of result __April 5, 2007__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __NA__

    (2) Nature of proceeding __NA__

    (3) Grounds raised __NA__

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☒

    (5) Result __NA__

    (6) Date of result __NA__

    (b) As to any second petition, application or motion give the same information:

    (1) Name of court __NA__

    (2) Nature of proceeding __NA__

    (3) Grounds raised __NA__

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

(5) Result __NA__

(6) Date of result __NA__

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.     Yes ☐ No ☒
(2) Second petition, etc.   Yes ☐ No ☒

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

__NA__

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Counsel was ineffective in failing to move to disallow the introduction of the evidence of the prison phone calls which led to the underlying case.

Supporting FACTS (state *briefly* without citing cases or law) Please see the attahced memorandum of law in support of this motion.

B. Ground two: Counsel was ineffective in failing to properly advise petitioner on the acceptance of the safety valve benefit at sentencing.

Supporting FACTS (state *briefly* without citing cases or law): Please see the attached memorandum of law in support of this motion.

C. Ground three: Counsel was ineffective in failing to supplement the pertition for writ of certiorari with the then-pending Kimbrough claim.

Supporting FACTS (state *briefly* without citing cases or law): Please see the attached memorandum of law in support.

(5)

D. Ground four: REQUEST FOR MODIFICATION OF SENTENCE PURSUANT TO 18 USC 3582 (c)(2) BASE ON THE NEW CRACK AMENDMENT. SEE MEMO

Supporting FACTS (state *briefly* without citing cases or law): _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

   NA

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐  No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

   (a) At preliminary hearing  David Apfel, Esq.

   (b) At arraignment and plea  Same

   (c) At trial  Same

   (d) At sentencing  Same

AO 243 (Rev. 5/85)

(e) On appeal _____ Same _____

_____

(f) In any post-conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____
         NA
_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐  No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐  No ☒

  (a) If so, give name and location of court which imposed sentence to be served in the future: _____
         NA
_____

  (b) Give date and length of the above sentence: ___ NA _____

  (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
  Yes ☐  No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____William Tejeda_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

___3/24/2008___
     (date)

_____William Tejeda_____
Signature of Movant

(7)