```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS


William Tejeda,                   :
        Petitioner,               :
                                  :
                                  :
                                  :
v.                                :    Criminal Case No:
                                  :    04-10098-WGY
                                  :
                                  :
United States of America,         :
        Respondent.
```

NOTICE OF APPEAL

Comes Now, Petitioner, William Tejeda , Pro-se, from the Federal Bureau of Prisons, appealing order that was entered on April 17, 2008, for Petitioner motion pursaunt to 18 U.S.C. 3582(c)(2).

Respectfully Submitted,

*William Tejeda*
William Tejeda, Pro-se
Register No. 52145-054
FEDERAL CORRECTIONAL INSTITUTION
Post Office Box 2000(East)
Fort Dix, New Jersey  08640

CC:File

Dated: 4/26/08