UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 04-10098** |
| | ) | |
| **WILLIAM TEJEDA** | ) | |
|     Defendant | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the April 17, 2008 order entered by the district court (Young, J) reducing the defendant's sentence of 240 months' imprisonment to 216 months' imprisonment. See docket entry 247 (Resentencing Memorandum) and docket entry 248 (Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. 3582(c)(2)) (both docketed on April 17, 2008).

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:    */s/ Susan M. Poswistilo*
        SUSAN M. POSWISTILO
        Assistant U.S. Attorney

Certificate of Service

    I hereby certify that on May 14, 2008, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

    */s/ Susan M. Poswistilo*
    SUSAN M. POSWISTILO
    Assistant U.S. Attorney