UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 04-10098-WGY |
| WILLIAM TEJEDA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### DEFENDANT WILLIAM TEJEDA'S MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

Defendant William Tejeda hereby moves this Court for leave to pursue his appeal of this Court's April 17, 2008 Order and to defend against the government's appeal of that Order *in forma pauperis*.[1] In support of this Motion, Mr. Tejeda states as follows.

1. At the outset of this case in April 2004, Mr. Tejeda was found to be eligible for appointed counsel pursuant to the Criminal Justice Act ("CJA"). Undersigned counsel was appointed to represent Mr. Tejeda and was subsequently re-appointed to continue representing him.

2. Mr. Tejeda was convicted on May 20, 2005 and has been incarcerated since that date.

3. Mr. Tejeda is currently appealing this Court's April 17, 2008 Order reducing his sentence from 240 months to 216 months imprisonment. *See* Dkt. No. 248 (April 17, 2008

---

[1] Counsel has attempted to discuss this motion with Mr. Tejeda, but has not yet been able to do so. Counsel is filing this motion within the fourteen day period prescribed in the Case Opening Notice received from the First Circuit Court of Appeals in order that Mr. Tejeda's appeal will not risk dismissal for lack of prosecution.

Order); Dkt. No. 249 (defendant's Notice of Appeal). The government is also appealing that Order. *See* Dkt. No. 252 (government's Notice of Appeal).

4.  Mr. Tejeda is filing this motion so that he may proceed with an appointed attorney in the First Circuit Court of Appeals.

5.  Mr. Tejeda's Case Manager in the First Circuit Court of Appeals informed counsel for Mr. Tejeda that a financial affidavit need not be filed in support of this motion as Mr. Tejeda was previously appointed CJA counsel in this case.

WHEREFORE, Mr. Tejeda respectfully requests that this Court enter an order permitting him to proceed with his appeal of this Court's April 17, 2008 Order and to defend against the government's appeal of that Order *in forma pauperis*.

>
> Respectfully Submitted,
>
> WILLIAM TEJEDA
>
> By his attorneys,
>
> **/s/ David J. Apfel**
>
> David J. Apfel (BBO # 551139)
> Jennifer W. Fischesser (BBO # 651480)
> GOODWIN PROCTER LLP
> Exchange Place
> Boston, MA 02109-2881
> 617-570-1000
> dapfel@goodwinprocter.com

Dated: May 19, 2008

2

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I, Jennifer W. Fischesser, hereby certify that pursuant to Local Rule 7.1(A)(2), I conferred with AUSA Susan Poswistilo about this motion on May 19, 2008.  Ms. Poswistilo indicated that the government takes no position on the issues raised in this motion.

                                          **/s/ Jennifer W. Fischesser**

                                          Jennifer W. Fischesser (BBO # 651480)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 19, 2008.

                                          **/s/ David J. Apfel**

                                          David J. Apfel (BBO # 551139)

LIBA/1892340.2