## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cr-10098

United States of America

v.

William Tejeda

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

and contained in NOA# 252 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/14/2008.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 19, 2008.

Sarah A Thornton, Clerk of Court

By: /s/ Carolyn Raneo
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 20 May 08.

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 08-1611

- 3/06