UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM TEJEDA,

        Petitioner               Case No.:

V                                 01-08-cv-10550
                                 04-10098-WGY-5

UNITED STATES OF AMERICA,

        Respondent,

## NOTICE OF APPEAL

Come now William Tejeda and respectfully files this Notice of Appeal. Petitioner's 2255 motion was denied by this Court on April 2, 2008. Moreover, the Certificate of Appealability was denied on May 14, 2008.
For these reasons Mr. Tejeda will seek to appeal the lower's court decision to the First Circuit Court of Appeals.

Respectfully submitted,
*[signature]*
William Tejeda


I, William Tejeda, swear under the penalty of perjury that my notice of appeal was given to prison guards for mailing to this Court on May 29, 2008. See " Mailbox Rule"
*[signature]*
William Tejeda